UNITED STATES DISTRICT COURT
District of Maine

Nicole L. McGinley                          )
        Plaintiff(s),                       )
    vs.                                     )    Case No. 2:25-cv-00481
                                            )
Experian Information Solutions, Inc.,       )
et al.          Defendant(s).               )

### CERTIFICATION FOR ADMISSION PRO HAC VICE

**The District of Maine is a CM/ECF NextGen Court. If PHV counsel has not previously been granted electronic filing rights with the District of Maine, PHV counsel will now need to submit a PRO HAC VICE request in this District via PACER at www.pacer.uscourts.gov. Note: if the E-File Registration Only link is selected instead of the Pro Hac Vice link the request will be rejected.**

I hereby request admission to the Bar of this Court Pro Hac Vice, in support of which I represent that the answer to the following questions are complete, true and correct:

1. Name: Jonathan Raburn

2. State bar membership number(s): 28728

3. Firm name, address and telephone number:
Raburn Kaufman, LLC    tel: 225-412-2777
8570 Anselmo Ln Baton Rouge, Louisiana 70810

4. List state and federal courts or bar associations in which you are a member in good standing to practice law:
Eastern District of Texas, Eastern District of Louisiana, Western District of Louisiana, Middle District of Louisiana, Western District of Wisconsin

5. Name, address and telephone number of associated local counsel:
Jonathan Sahrbeck    tel: 207-233-8500
15 Silva Dr Cape Elizabeth, Maine 04107

6. Party name(s) entering appearance for:
Nicole L. McGinley

7. Have you been denied admission, disbarred, suspended from practice, reprimanded, denied "in good standing" status, or otherwise disciplined by any court, bar associated, grievance committee or administrative body?  ☐Yes ☒No

8. Have any proceedings, which could lead to any such disciplinary actions as described in question 7, been instituted against you by any such bodies?  ☐Yes ☒No
(You must attach a separate sheet with detailed explanations of Yes answers to Questions 7 or 8.)

9. Are you familiar with the Federal Rules of Evidence, the Federal Rules of Civil or Criminal Procedure (as applicable to this case) and the local rules of this Court?  ☒Yes ☐No

Dated: 10/1/25 _____

_____
Signature of Local Counsel

Dated: 9/23/25 _____

_____
Signature of Applicant