AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    **2:25-cv-00481-LEW**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (I))*

This summons for   **LexisNexis Risk Solutions Bureau LLC**
was recieved by me on  **11/18/2025:**

☐    I personally served the summons on the individual at *(place)*  on *(date)* ; or

☐    I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒    I served the summons on **CT Corporation**, who is designated by law to accept service of process on behalf of **LexisNexis Risk Solutions Bureau LLC** at **3 Chase Ave, Augusta, ME 04330** on **11/18/2025 at 12:42 PM**; or

☐    I returned the summons unexecuted because ; or

☐    Other *(specify)*

My fees are $ 0 for travel and **$ 135.00** for services, for a total of **$ 135.00**.

I declare under penalty of perjury that this information is true.

Date:  11/18/2025

_____
*Server's signature*

**Andrew Clary**
*Printed name and title*

**17 Rainbow Road**
**Belgrade, ME 04917**

_____
*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS IN A CIVIL ACTION; CIVIL COVER SHEET; COMPLAINT,  to CT Corporation who identified themselves as the person authorized to accept with identity confirmed by subject saying yes when named. The individual accepted service with direct delivery. The individual appeared to be a gray-haired white female contact 55-65 years of age, 5'4"-5'6" tall and weighing 160-180 lbs with glasses.**



