UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

NICOLE L. MCGINLEY,

  Plaintiff

v.

EXPERIAN INFORMATION
SOLUTIONS, INC., TRANS UNION,
LLC, EQUIFAX INFORMATION
SERVICES, LLC, LEXISNEXIS RISK
SOLUTIONS and NATIONSTAR
MORTGAGE LLC,

  Defendants

CIVIL ACTION
DOCKET NO. 2:25-cv-00481-LEW

**DEFENDANT NATIONSTAR MORTGAGE LLC'S**
**MOTION FOR EXTENTION OF TIME TO FILE ANSWER**

Defendant Nationstar Mortgage LLC ("Nationstar") moves for an extension of time to file its answer to the plaintiff's complaint and states as follows:

1. The complaint in this matter was filed on September 19, 2025.

2. On September 23, 2025, the court issued a summons for Nationstar.

3. On November 18, 2025, the summons and complaint were served on Amy Lesco at Corporation Service Company, the registered agent for Nationstar.

4. Defendant Nationstar hereby requests an extension of time to file an answer to the complaint to on or before December 23, 2025.

5. Counsel for the plaintiff has indicated their consent to this motion.

THEREFORE, Nationstar Mortgage LLC hereby requests that the court authorize the filing of its answer to the complaint in this matter until on or before December 23, 2025.

Dated:  December 9, 2025

/s/ Daniel L. Cummings
Daniel L. Cummings
Attorney for Defendant
Nationstar Mortgage LLC

NORMAN, HANSON & DETROY, LLC
220 Middle Street
P.O. Box 4600
Portland, ME  04112-4600
(207) 774-7000
dcummings@nhdlaw.com

## CERTIFICATE OF SERVICE FOR ELECTRONIC CASE FILING

I hereby certify that I served a true copy of the Consent Motion for Extension of Time to File Answer on each of the parties on the service list below via U.S. mail, postage prepaid on December 9, 2025.  All other parties listed on the Notice of Electronic Filing have been served electronically.

Dated: December 9, 2025

/s/ Daniel L. Cummings
Daniel L. Cummings

## SERVICE LIST
None.