UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

NICOLE L. MCGINLEY,

     Plaintiff

v.

EXPERIAN INFORMATION
SOLUTIONS, INC., TRANS UNION,
LLC, EQUIFAX INFORMATION
SERVICES, LLC, LEXISNEXIS RISK
SOLUTIONS and NATIONSTAR
MORTGAGE LLC,

     Defendants

CIVIL ACTION
DOCKET NO. 2:25-cv-00481-LEW

## CORPORATE DISCLOSURE STATEMENT
## BY NATIONSTAR MORTGAGE LLC

Pursuant to Fed. R. Civ. P. 7.1, Defendant Nationstar Mortgage LLC (d/b/a Mr. Cooper) discloses that it is a Delaware limited liability company owned by Nationstar Sub1 LLC, a Delaware limited liability company, and Nationstar Sub2 LLC, a Delaware limited liability company. Rocket Mortgage, LLC, a Michigan limited liability company, is the sole member of Nationstar Sub1 LLC and Nationstar Sub2 LLC. Rocket Mortgage, LLC is wholly owned by Rocket Limited Partnership, a Michigan limited partnership. Rocket Limited Partnership is owned by Rocket GP, LLC, a Michigan limited liability company and Rocket LP, LLC, a Michigan limited liability company. Rocket Companies, Inc., a Delaware corporation, is the sole member of Rocket GP, LLC and of Rocket LP, LLC.

Nationstar Mortgage LLC is not a publicly traded company. No publicly-held corporation owns 10 percent or more of the stock of Nationstar Mortgage LLC.

Dated:  December 9, 2025                    /s/ Daniel L. Cummings
                                           Daniel L. Cummings
                                           Attorney for Defendant
                                           Nationstar Mortgage LLC

NORMAN, HANSON & DETROY, LLC
220 Middle Street
P.O. Box 4600
Portland, ME  04112-4600
(207) 774-7000
dcummings@nhdlaw.com

## CERTIFICATE OF SERVICE FOR ELECTRONIC CASE FILING

I hereby certify that I served a true copy of the above Corporate Disclosure Statement on each of the parties on the service list below via U.S. mail, postage prepaid on December 9, 2025.  All other parties listed on the Notice of Electronic Filing have been served electronically.

Dated: December 9, 2025                    /s/ Daniel L. Cummings
                                           Daniel L. Cummings

## SERVICE LIST
None.