**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| NICOLE L. MCGINLEY,        )<br>                      )<br>      Plaintiff,          )<br>                      )<br>     v.               )<br>                      )<br>EXPERIAN INFORMATION SOLUTIONS, )<br>INC., TRANS UNION, LLC, EQUIFAX )<br>INFORMATION SERVICES, LLC., )<br>LEXISNEXIS RISK SOLUTIONS, and )<br>NATIONSTAR MORTGAGE, LLC, )<br>                      )<br>      Defendants. | Case No. 2:25-cv-00481-LEW |

**NOTICE OF APPEARANCE**

The Clerk will please enter my appearance on behalf of Defendant Experian Information

Solutions, Inc. in the above-captioned action.

 

                                        EXPERIAN INFORMATION
                                        SOLUTIONS, INC.,

                                        By its attorney,

Dated:  December 9, 2025                    /s/ Seth W. Brewster
                                          Seth W. Brewster
                                          Attorney for Defendant
                                          Experian Information Solutions, Inc.

JENSEN BAIRD
10 Free Street
P.O. Box 4150
Portland, ME 04112-4150
(207) 775-7271
sbrewster@jensenbaird.com

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 9, 2025, I electronically filed the foregoing document using the CM/ECF system, which will send notification of such filing to the parties registered with the CM/ECF system.


Dated:  December 9, 2025                                      /s/ Seth W. Brewster
                                                             Seth W. Brewster

2