**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| NICOLE L. MCGINLEY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>EXPERIAN INFORMATION SOLUTIONS,<br>INC., TRANS UNION, LLC, EQUIFAX<br>INFORMATION SERVICES, LLC.,<br>LEXISNEXIS RISK SOLUTIONS, and<br>NATIONSTAR MORTGAGE, LLC.<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)　　Case No. 2:25-cv-00481-LEW<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ASSENTED TO MOTION FOR EXTENSION OF**
**TIME TO FILE RESPONSIVE PLEADING**

Defendant Experian Information Solutions, Inc. ("Experian"), by and through its undersigned attorney, respectfully moves this Court for an order extending Experian's time to answer or otherwise plead up to and including January 23, 2026.  In support of this Motion, the parties stipulate to the following:

1.　　　Plaintiff Nicole L. McGinley ("Plaintiff") filed her Complaint against Experian on or about September 19, 2025.

2.　　　Plaintiff served her executed summons on Experian on November 18, 2025. Experian's answer is due December 9, 2025.

3.　　　On December 8, 2025, counsel for Experian conferred with counsel for Plaintiff, requesting additional time to respond to the complaint, and counsel for Plaintiff agreed.

4.　　　Accordingly, Experian seeks an order from this Court extending Experian's time to answer or otherwise plead up to and including January 23, 2026, so that Experian may

investigate the allegations of the Complaint and prepare an appropriate response.

5.      This is the first request for additional time sought by Experian in this action.

6.      This extension is sought in good faith and not for the purposes of delay.

Neither party will be prejudiced by this extension.

7.      Experian's counsel has conferred with Plaintiff's counsel regarding the

relief requested herein.  Plaintiff's counsel does not oppose the relief sought.

WHEREFORE, for the foregoing reasons, Defendant Experian Information Solutions,

Inc. respectfully requests that this Court extend its time to answer or otherwise plead until

January 23, 2026.

EXPERIAN INFORMATION
SOLUTIONS, INC.,

By its attorney,

Dated:  December 9, 2025

/s/ *Seth W. Brewster*
Seth W. Brewster
Attorney for Defendant
Experian Information Solutions, Inc.

JENSEN BAIRD
10 Free Street
P.O. Box 4150
Portland, ME 04112-4150
(207) 775-7271
sbrewster@jensenbaird.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 9, 2025, I electronically filed the foregoing document using the CM/ECF system, which will send notification of such filing to the parties registered with the CM/ECF system.


Dated:  December 9, 2025                                      /s/ *Seth W. Brewster*
                                                                           Seth W. Brewster