**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | | |
|---|---|---|
| NICOLE L. MCGINLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No. 2:25-cv-00481-LEW |
| EXPERIAN INFORMATION SOLUTIONS, | ) | |
| INC., TRANS UNION, LLC, EQUIFAX | ) | |
| INFORMATION SERVICES, LLC., | ) | |
| LEXISNEXIS RISK SOLUTIONS, and | ) | |
| NATIONSTAR MORTGAGE, LLC, | ) | |
| | ) | |
| Defendants. | | |

**EXPERIAN INFORMATION SOLUTIONS, INC.'S**
**RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned, counsel of record for Experian Information Solutions, Inc. ("Experian"), certifies that the following listed parties have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal:

1.      Parent Companies:  The ultimate parent company of Experian is Experian PLC.

2.      Subsidiaries Not Wholly Owned:  The following companies are the US-based subsidiaries of Experian PLC that are not wholly owned:

 (a)      Central Source LLC

 (b)      Online Data Exchange LLC

 (c)      New Management Services LLC

 (d)      VantageScore Solutions LLC

 (e)      Opt-Out Services LLC

1

3.      Publicly Held Companies:  Experian PLC owns 100 percent of Experian.

Experian PLC is a Jersey, Channel Islands company which is publicly traded on the London

Stock Exchange.

                                              EXPERIAN INFORMATION
                                              SOLUTIONS, INC.,

                                              By its attorney,

Dated:  December 9, 2025                      /s/ Seth W. Brewster
                                              Seth W. Brewster
                                              Attorney for Defendant
                                              Experian Information Solutions, Inc.


JENSEN BAIRD
10 Free Street
P.O. Box 4150
Portland, ME 04112-4150
(207) 775-7271
sbrewster@jensenbaird.com

2

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on December 9, 2025, I electronically filed the foregoing document using the CM/ECF system, which will send notification of such filing to the parties registered with the CM/ECF system.


Dated:  December 9, 2025                          /s/ Seth W. Brewster
                                                 Seth W. Brewster