**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| NICOLE L. MCGINLEY,    )<br><br>                 )<br>   Plaintiff,    )<br>                 )   Case No. 2:25-cv-00481-LEW<br>   v.    )<br>                 )<br>EXPERIAN INFORMATION    )<br>SOLUTIONS, INC., TRANS UNION,    )<br>LLC, EQUIFAX INFORMATION    )<br>SERVICES, LLC, LEXISNEXIS RISK    )<br>SOLUTIONS, and    )<br>NATIONSTAR MORTGAGE, LLC    )<br>                 )<br>   Defendants.    ) | |

**ENTRY OF APPEARANCE**

Please enter my appearance on behalf of LexisNexis Risk Solutions in the above-

captioned matter.


Date:  December 9, 2025              */s/ Jeffrey D. Russell*
                                    Jeffrey D. Russell, Maine Bar No. 4506
                                    Verrill Dana, LLP
                                    One Portland Square
                                    Portland, ME 04101
                                    Telephone: (207) 253-4622
                                    jrussell@verrill-law.com

                                    *Attorney for LexisNexis Risk Solutions*

1

**CERTIFICATE OF SERVICE**

I hereby certify that on the date indicated below I caused a copy of the foregoing pleading to be filed with the Court's ECF filing system, which will cause an electronic notice to be sent to counsel of record.

Date:  December 9, 2025

*/s/ Jeffrey D. Russell*
Jeffrey D. Russell, Maine Bar No. 4506
Verrill Dana, LLP
One Portland Square
Portland, ME 04101
Telephone: (207) 253-4622
jrussell@verrill-law.com

*Attorney for LexisNexis Risk Solutions*

2