## IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF MAINE

NICOLE L. MCGINLEY,                      )
                                         )
                 Plaintiff,              )
                                         )        Case No. 2:25-cv-00481-LEW
        v.                               )
                                         )
EXPERIAN INFORMATION                     )
SOLUTIONS, INC., TRANS UNION,            )
LLC, EQUIFAX INFORMATION                 )
SERVICES, LLC, LEXISNEXIS RISK           )
SOLUTIONS, and                           )
NATIONSTAR MORTGAGE, LLC                  )
                                         )
                 Defendants.             )

### DEFENDANT LEXISNEXIS RISK SOLUTIONS' CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant LexisNexis Risk Solutions hereby submits this Corporate Disclosure Statement:

Defendant LexisNexis Risk Solutions states that it is not a publicly owned company, nor does it own ten percent or more of the stock of any publicly owned company. LexisNexis Risk Solutions is a wholly owned subsidiary of LexisNexis Risk Holdings Inc. LexisNexis Risk Holdings Inc. is a wholly owned subsidiary of RELX Inc. RELX Inc. is a wholly owned subsidiary of RELX Overseas Holdings Limited. RELX Overseas Holdings Limited is a wholly owned subsidiary of RELX (Holdings) Limited. RELX (Holdings) Limited is a wholly owned subsidiary of RELX Group plc, which is owned by RELX PLC (LSE: REL; NYSE: RELX).

2

Date:  December 9, 2025                    */s/ Jeffrey D. Russell*
                                          Jeffrey D. Russell, Maine Bar No. 4506
                                          Verrill Dana, LLP
                                          One Portland Square
                                          Portland, ME 04101
                                          Telephone: (207) 253-4622
                                          jrussell@verrill-law.com

                                          *Attorney for LexisNexis Risk Solutions*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the date indicated below I caused a copy of the foregoing pleading to be filed with the Court's ECF filing system, which will cause an electronic notice to be sent to counsel of record.

Date:  December 9, 2025

*/s/ Jeffrey D. Russell*
Jeffrey D. Russell, Maine Bar No. 4506
Verrill Dana, LLP
One Portland Square
Portland, ME 04101
Telephone: (207) 253-4622
jrussell@verrill-law.com

*Attorney for LexisNexis Risk Solutions*

29070969_1