**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MAINE**

| | |
|---|---|
| NICOLE L. MCGINLEY<br><br>          Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS<br>INC. ET AL.,<br><br>          Defendants. | Case No.: 2:25-cv-00481-LEW |

**CONSENT MOTION FOR EXTENSION OF TIME**
**TO RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant LexisNexis Risk Solutions, by and through its undersigned counsel and pursuant to Fed. R. Civ. P. 6(b)(1) and under Rule 7 of the Local Rules of the United States District Court of the District of Maine, hereby moves this Court for an extension of time, through and including January 8, 2026, to answer or otherwise respond to the Complaint filed by Plaintiff Nicole L. McGinley ("Plaintiff"). In support of its motion, LexisNexis Risk Solutions states as follows:

1.      On September 19, 2025, Plaintiff filed her Complaint. (Dkt. 1).

2.      Defendant LexisNexis Risk Solutions was served with the Complaint on November 18, 2025. (Dkt. 10).

3.      LexisNexis Risk Solutions' response to Plaintiff's Complaint is currently due on December 9, 2025.

4.      Defendant LexisNexis Risk Solutions requires additional time to investigate and respond to the allegations and claims made by Plaintiff. Accordingly, LexisNexis Risk Solutions respectfully requests an extension of its deadline to respond to Plaintiff's Complaint by thirty (30) days, up to and including January 8, 2026.

5.      On December 8, 2025, LexisNexis Risk Solutions' counsel conferred with Plaintiff's counsel regarding the basis for this request and its need for an extension of time. Plaintiff's counsel agreed to a 30-day extension of time for LexisNexis Risk Solutions to respond to the Complaint.

6.      This motion is made in good faith, not for purposes of delay, and granting it will not prejudice any party. This is LexisNexis Risk Solutions' first request for an extension of time.

WHEREFORE, LexisNexis Risk Solutions respectfully requests that the Court extend the deadline for it to answer or otherwise respond to Plaintiff's Complaint by thirty (30) days from December 9, 2025 through and including January 8, 2026.

Respectfully submitted this 9th day of December, 2025.

/s/ Jeffrey D. Russell
Jeffrey D. Russell, Maine Bar No. 4506
**VERRILL DANA, LLP**
One Portland Square
Portland, ME 04101
P: 207-253-4650
jrussell@verrill-law.com

Attorney for Defendant LexisNexis Risk Solutions

2

**<u>CERTIFICATE OF SERVICE</u>**

I certify that on December 9, 2025, I electronically filed a copy of the foregoing with the

Clerk of Court using the CM/ECF system, which sent notification of such filing to all counsel of

record.

*/s/ Jeffrey D. Russell*

Jeffrey D. Russell, Maine Bar No. 4506
**VERRILL DANA, LLP**
One Portland Square
Portland, ME 04101
P: 207-253-4650
jrussell@verrill-law.com

*Attorney for Defendant LexisNexis Risk Solutions*