**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | | |
|---|---|---|
| NICOLE L. MCGINLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 2:25-cv-00481 |
| | ) | |
| EXPERIAN INFORMATION SOLUTIONS, | ) | |
| INC., TRANS UNION, LLC; EQUIFAX | ) | |
| INFORMATION SERVICES, LLC; | ) | |
| LEXISNEXIS RISK SOLUTIONS; and | ) | |
| NATIONSTART MORTGAGE, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF APPEARANCE OF MICAH A. SMART**

Please enter the appearance of Micah A. Smart and the firm of Murray, Plumb & Murray as counsel for Defendant, Trans Union, LLC, in the above-entitled matter.

December December 30, 2025

/s/ Micah A. Smart, Esq.
Micah A. Smart, Esq.
MURRAY, PLUMB & MURRAY
75 Pearl Street, P.O. Box 9785
Portland, ME  04104-5085
(207) 699-0052
Email:  msmart@mpmlaw.com