**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| NICOLE L. MCGINLEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   No. 2:25-cv-00481 |
| | ) |
| EXPERIAN INFORMATION SOLUTIONS, | ) |
| INC., TRANS UNION, LLC; EQUIFAX | ) |
| INFORMATION SERVICES, LLC; | ) |
| LEXISNEXIS RISK SOLUTIONS; and | ) |
| NATIONSTART MORTGAGE, LLC, | ) |
| | ) |
| Defendants. | ) |

**TRANS UNION LLC'S**
**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Defendant Trans Union LLC, by counsel, pursuant to Rule 7.1 of the Federal Rules of Civil

Procedure, states as follows:

Trans Union LLC is a wholly owned subsidiary of TransUnion Intermediate Holdings, Inc.

TransUnion Intermediate Holdings, Inc. is wholly owned by TransUnion. TransUnion is a publicly

traded entity on the New York Stock Exchange under the ticker symbol: TRU.  Massachusetts

Financial Services Company, a publicly traded entity, owns 10% or more of TransUnion's stock.

No public company directly owns 10% or more of the ownership in Trans Union LLC.

Respectfully submitted,

/s/ Micah A. Smart
Micah A. Smart, Esq.
Murray Plumb & Murray
75 Pearl Street
P.O. Box 9785
Portland, ME  04104-5085
Telephone:  (207) 699-0052
Fax:  (207) 773-8023
E-Mail:  msmart@mpmlaw.com
*Counsel for Defendant Trans Union LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the 6th day of January, 2026.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's electronic filing.

| | |
|---|---|
| Jonathan T. Sahrbeck, Esq. jonathansahrbeck@sahrbeckpc.com | Jonathan Raburn, Esq. jraburn@raburnkaufman.com |
| Kyle Kaufman, Esq. kkaufman@raburnkaufman.com | Connor G. Scholes, Esq. csholes@jonesday.com |
| Seth W. Brewster, Esq. sbrewster@jensenbaird.com | Jeffrey D. Russell, Esq. jrussell@verrill-law.com |
| Daniel L. Cummings, Esq. dcummings@nhdlaw.com | *Any appearance for Equifax yet?  If not, remove from this list prior to filing and serving.* |

The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, on the 6th day of January, 2026, properly addressed as follows:

| | |
|---|---|
| None. | |

/s/ Micah A. Smart
Micah A. Smart, Esq.
Murray Plumb & Murray
75 Pearl Street
P.O. Box 9785
Portland, ME  04104-5085
Telephone:  (207) 699-0052
Fax:  (207) 773-8023
E-Mail:  msmart@mpmlaw.com

*Counsel for Defendant Trans Union LLC*