**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE
PORTLAND DIVISION**

| | |
|---|---|
| NICOLE L. MCGINLEY,<br><br>    Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION, LLC, EQUIFAX INFORMATION SERVICES, LLC, LEXISNEXIS RISK SOLUTIONS, and NATIONSTAR MORTGAGE, LLC,<br><br>    Defendants. | Case No. 2:25-cv-00481-LEW |

**NOTICE OF APPEARANCE OF COUNSEL**

PLEASE TAKE NOTICE that Hillary J. Massey, Esq., enters her appearance as counsel for Defendant Equifax Information Services LLC ("Equifax") in the above-captioned matter.  Ms. Massey's contact information is as follows:

> Hillary J. Massey
> SEYFARTH SHAW LLP
> Seaport East
> Two Seaport Lane, Suite 1200
> Boston, Massachusetts  02210-2028
> Telephone:  (617) 946-4800
> Email:  hmassey@seyfarth.com

322152582v.1

Dated: January 20, 2026

Respectfully submitted,

SEYFARTH SHAW LLP

By: /s/ Hillary J. Massey

Hillary J. Massey, Bar No. 004449
hmassey@seyfarth.com
SEYFARTH SHAW LLP
Seaport East
Two Seaport Lane, Suite 1200
Boston, Massachusetts  02210-2028
Telephone:  (617) 946-4800
Facsimile:  (617) 946-4801

*Counsel for Defendant*
*Equifax Information Services LLC*

322152582v.1

## CERTIFICATE OF SERVICE

I hereby certify that on January 20, 2026, I presented the foregoing NOTICE OF APPEARANCE OF COUNSEL with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Hillary J. Massey*

Hillary J. Massey
*Counsel for Defendant*
*Equifax Information Services LLC*

322152582v.1