**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE
PORTLAND DIVISION**

NICOLE L. MCGINLEY,

       Plaintiff,

    v.

EXPERIAN INFORMATION SOLUTIONS,
INC., TRANS UNION, LLC, EQUIFAX
INFORMATION SERVICES, LLC,
LEXISNEXIS RISK SOLUTIONS, and
NATIONSTAR MORTGAGE, LLC,

       Defendants.

Case No. 2:25-cv-00481-LEW

**DISCLOSURE STATEMENT OF EQUIFAX INFORMATION SERVICES LLC
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1**

Defendant Equifax Information Services LLC ("Equifax"), by and through its undersigned

attorneys, and pursuant to Fed. R. Civ. P. 7.1, states that Equifax is a wholly-owned company of

Equifax, Inc., which is a publicly traded company on the NYSE.  No other entity owns 10% or

more of Equifax's stock.

Dated: January 20, 2026

Respectfully submitted,

SEYFARTH SHAW LLP

By:  */s/ Hillary J. Massey*

    Hillary J. Massey, Bar No. 004449
    hmassey@seyfarth.com
    SEYFARTH SHAW LLP
    Seaport East
    Two Seaport Lane, Suite 1200
    Boston, Massachusetts  02210-2028
    Telephone:  (617) 946-4800
    Facsimile:  (617) 946-4801

*Counsel for Defendant
Equifax Information Services LLC*

322152615v.1

**CERTIFICATE OF SERVICE**

I hereby certify that on January 20, 2026, I presented the foregoing DISCLOSURE STATEMENT OF EQUIFAX INFORMATION SERVICES LLC PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1 with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

 */s/ Hillary J. Massey*
Hillary J. Massey
*Counsel for Defendant*
*Equifax Information Services LLC*

322152615v.1