**UNITED STATES DISTRICT COURT**
**District of Maine**

NICOLE L. MCGINLEY )
                    Plaintiff(s),  )
                                   )
      vs.                          )     Case No. 2:25-cv-00481-LEW
                                   )
EXPERIAN INFORMATION SOLUTIONS, INC., et al. )
                    Defendant(s).  )

### CERTIFICATION FOR ADMISSION PRO HAC VICE

**The District of Maine is a CM/ECF NextGen Court. If PHV counsel has not previously been granted electronic filing rights with the District of Maine, PHV counsel will now need to submit a PRO HAC VICE request in this District via PACER at www.pacer.uscourts.gov. Note: if the E-File Registration Only link is selected instead of the Pro Hac Vice link the request will be rejected.**

I hereby request admission to the Bar of this Court Pro Hac Vice, in support of which I represent that the answer to the following questions are complete, true and correct:

1. Name: Paige Vacante

2. State bar membership number(s): Florida State Bar - 1019135

3. Firm name, address and telephone number:
   Seyfarth Shaw LLP, 233 South Wacker Drive, Suite 8000, Chicago, IL  60606-6448
   Telephone: 312-460-5000

4. List state and federal courts or bar associations in which you are a member in good standing to practice law:
   State Bar of Florida
   United States District Court for the Southern District of Florida and the Middle District of Florida

5. Name, address and telephone number of associated local counsel:
   Hillary J. Massey, Seyfarth Shaw LLP, Seaport East, Two Seaport Lane, Suite 1200, Boston, MA 02210-2028
   Telephone: 617-946-4800

6. Party name(s) entering appearance for:
   Defendant Equifax Information Services LLC

7. Have you been denied admission, disbarred, suspended from practice, reprimanded, denied "in good standing" status, or otherwise disciplined by any court, bar associated, grievance committee or administrative body?   ☐Yes  ☑No

8. Have any proceedings, which could lead to any such disciplinary actions as described in question 7, been instituted against you by any such bodies?   ☐Yes  ☑No
   (You must attach a separate sheet with detailed explanations of Yes answers to Questions 7 or 8.)

9. Are you familiar with the Federal Rules of Evidence, the Federal Rules of Civil or Criminal Procedure (as applicable to this case) and the local rules of this Court?   ☑Yes  ☐No

Dated: 01/20/2026            /s/ Hillary J. Massey
                            Signature of Local Counsel

Dated: 01/20/2026            /s/ Paige Vacante
                            Signature of Applicant