**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MAINE**
**PORTLAND DIVISON**

NICOLE MCGINLEY

                    Plaintiff,

  v.

EXPERIAN INFORMATION SOLUTIONS,
INC, et al.

                    Defendants.

CASE NO. 2:25-cv-00481

## PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT

TO THIS HONORABLE COURT:

Now comes Plaintiff, Nicole McGinley, to show the following:

Pursuant to Federal Rule of Civil Procedure Fed. R. Civ. P. 15(a)(1)(B) & Federal Rule of Civil Procedure 6(b), Plaintiff respectfully files this Motion for Leave to Amend their Complaint:

1.  Plaintiff requests leave to amend their complaint pursuant to Fed. R. Civ. P. 15(a)(1)(B) as well as good cause pursuant to Fed. R. Civ. P.6(b) and will show the following.

2.  Good cause exists to amend Plaintiff's Complaint.

3.  On January 29, 2026, Counsel for Plaintiff and the remaining Defendants in this matter have conferenced and all have consented to this motion.

4.  Plaintiff filed her original Complaint in this matter on September 19, 2025.

5.  Federal Courts have a liberal policy to grant amendments to complaints. *Please*

*see Gonzales v. U.S. Dept. of Commerce,* CIV. B-06-105, 2009 WL 3157355 (S.D.Tex. Sept. 29, 2009) (*See* Fed.R.Civ.P. 15(a). Under the rule, "[t]he court should freely give leave when justice so requires." *Id.* The standard for granting leave is generous, as "the policy of the federal rules is to permit liberal amendment to facilitate determination of claims on the merits and to prevent litigation from becoming a technical exercise in the fine points of pleading." *Dussoy v. Gulf Coast Inv. Corp.,* 660 F.2d 594, 598 (5th Cir.1981). Unless there is a "substantial reason," such as "undue delay, bad faith or dilatory motive on the part of the movant, repeated failure to cure deficiencies by amendments previously allowed, and undue prejudice to the opposing party," the court should grant leave to amend. *Id.)*

6.  The overall length of the litigation of this case will not be affected by Plaintiff amending her Complaint.

7.  This Motion is not filed for purposes of delay, but so that justice may be done. Plaintiff will be clarifying their claims against Defendant LexisNexis, which will address the alleged defects in Plaintiff's original complaint raised by the dispositive motion filed by Defendant LexisNexis in this matter. Amendment will be beneficial in this litigation and will not prejudice existing opposing parties.

8.  Plaintiff's proposed Amended Complaint is filed in good faith. There are no facts in the record indicating or suggesting that Plaintiff's Motion to Amend is being filed in bad faith. Amending Plaintiff's original Complaint is Plaintiff's good faith attempt to ensure that all Plaintiff's facts and claims against all known

Defendants are included and clear in this litigation.

9.    Plaintiff has not previously amended their Complaint in this matter.

10.    No Scheduling Order has been issued in this matter as of the date of this filing.

11.    Plaintiff will submit the amended Complaint on January 29, 2026.

**WHEREFORE, PREMISES CONSIDERED**, for all the foregoing reasons, Plaintiff

respectfully requests that the Court grant this Motion for Leave to amend their complaint.

Dated: January 29, 2026


Respectfully Submitted,


*/s/Jonathan Raburn*
Jonathan Raburn
ATTORNEY FOR PLAINTIFF
Louisiana Bar Roll No. 28728
Raburn Kaufman, LLC
8570 Anselmo Lane
Baton Rouge, Louisiana 70810
jraburn@raburnkaufman.com
Telephone: 225-412-277

## CERTIFICATE OF CONFERENCE

I hereby certify that on or before January 29, 2026, I conferred with all remaining

Defendants in this matter, and all have consented to this Motion.

*/s/ Jonathan Raburn*
Jonathan Raburn
ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of January 2025, I electronically filed the foregoing

with the Clerk of Court using the CM/ECF system which will send notification of such filing

to the attorneys on record.

*/s/ Jonathan Raburn*
Jonathan Raburn
ATTORNEY FOR PLAINTIFF