**UNITED STATES DISTRICT COURT**
**District of Maine**

Nicole L. McGinley
                Plaintiff(s),      )
                                     )
vs.                               )      Case No. 2:25-cv-00481-LEW
                                     )

Experian Information Solutions Inc. et al.
                Defendant(s).     )

## CERTIFICATION FOR ADMISSION PRO HAC VICE

**The District of Maine is a CM/ECF NextGen Court. If PHV counsel has not previously been granted electronic filing rights with the District of Maine, PHV counsel will now need to submit a PRO HAC VICE request in this District via PACER at www.pacer.uscourts.gov. Note: if the E-File Registration Only link is selected instead of the Pro Hac Vice link the request will be rejected.**

I hereby request admission to the Bar of this Court Pro Hac Vice, in support of which I represent that the answer to the following questions are complete, true and correct:

1. Name: Grace Assaye

2. State bar membership number(s): Georgia: 891955; New York: 5855945

3. Firm name, address and telephone number:
   Alston & Bird LLP, 1201 W. Peachtree St., Ste. #4900, Atlanta, GA 30309
   404-881-7000

4. List state and federal courts or bar associations in which you are a member in good standing to practice law:
   Eastern District of Wisconsin (4/15/24); Northern District of Georgia (11/18/25); Eighth Circuit (2/9/2025); First Circuit (5/27/25); Fourth Circuit (4/18/25)

5. Name, address and telephone number of associated local counsel:
   Jeffrey Russell, One Portland Square,10th Floor Portland, ME 04101 4054; (207) 253-4626

6. Party name(s) entering appearance for:
   LexisNexis Risk Solutions Inc.

7. Have you been denied admission, disbarred, suspended from practice, reprimanded, denied "in good standing" status, or otherwise disciplined by any court, bar associated, grievance committee or administrative body? ☐Yes ☑No

8. Have any proceedings, which could lead to any such disciplinary actions as described in question 7, been instituted against you by any such bodies? ☐Yes ☑No
   (You must attach a separate sheet with detailed explanations of Yes answers to Questions 7 or 8.)

9. Are you familiar with the Federal Rules of Evidence, the Federal Rules of Civil or Criminal Procedure (as applicable to this case) and the local rules of this Court? ☑Yes ☐No

Dated: 02/17/2026              /s/ Jeffrey D. Russell
                             Signature of Local Counsel

Dated: 2/17/2026              /s/ Grace Assaye
                             Signature of Applicant