UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

NICOLE L. MCGINLEY,

    Plaintiff

v.

EXPERIAN INFORMATION
SOLUTIONS, INC., TRANS UNION,
LLC, EQUIFAX INFORMATION
SERVICES, LLC, LEXISNEXIS RISK
SOLUTIONS and NATIONSTAR
MORTGAGE LLC,

    Defendants

CIVIL ACTION
DOCKET NO. 2:25-cv-00481-LEW

## DEFENDANT NATIONSTAR MORTGAGE LLC'S
## ANSWER TO PLAINTIFF'S AMENDED COMPLAINT

Now comes Defendant Nationstar Mortgage LLC,[1] ("Nationstar"), by and through its attorneys, Norman, Hanson & DeTroy, LLC, and answers the Plaintiff's Amended Complaint as follows:

## PRELIMINARY STATEMENT

1.    Plaintiff's statement regarding the relief that she seeks touch and concern Plaintiff's alleged damages and assert conclusions and/or contentions of law to which no response is required.  All allegations in paragraph 1 are hereby denied.

2.    Nationstar is without sufficient information to admit or deny the allegations contained in paragraph 2 of the Amended Complaint.

3.    Nationstar is without sufficient information to admit or deny the

---

[1] Effective February 2, 2026, Rocket Mortgage, LLC is the successor by merger to Nationstar Mortgage LLC.

allegations contained in paragraph 3 of the Amended Complaint.

4.      Nationstar denies the allegations contained in paragraph 4 of the Amended Complaint.

5.      Nationstar is without sufficient information to admit or deny the allegations contained in paragraph 5 of the Amended Complaint.

## JURISDICTION AND VENUE

6.      Nationstar denies the allegations contained in paragraph 6 of the Amended Complaint.

7.      Nationstar is without sufficient information to admit or deny the allegations contained in paragraph 7 of the Amended Complaint.

## PARTIES

8.      Nationstar is without sufficient information to admit or deny the allegations contained in paragraph 8 of the Amended Complaint.

9.      Nationstar is without sufficient information to admit or deny the allegations contained in paragraph 9 of the Amended Complaint.

10.     Nationstar is without sufficient information to admit or deny the allegations contained in paragraph 10 of the Amended Complaint.

11.     Nationstar is without sufficient information to admit or deny the allegations contained in paragraph 11 of the Amended Complaint.

12.     Nationstar is without sufficient information to admit or deny the allegations contained in paragraph 12 of the Amended Complaint.

13.     Nationstar admits it was a Delaware limited liability company until February 2, 2026, on which date it merged with and into Rocket Mortgage, LLC.

2

Nationstar also admits that it furnishes information to consumer reporting agencies. Nationstar denies the remaining allegations in paragraph 13 of the Amended Complaint.

## FACTUAL ALLEGATIONS

14. Nationstar repeats and realleges its answers to the preceding paragraphs as if fully set forth herein.

15. Nationstar is without sufficient information to admit or deny the allegations contained in paragraph 15 of the Amended Complaint.

16. Nationstar is without sufficient information to admit or deny the allegations contained in paragraph 16 of the Amended Complaint.

17. Nationstar is without sufficient information to admit or deny the allegations contained in paragraph 17 of the Amended Complaint.

18. Nationstar is without sufficient information to admit or deny the allegations contained in paragraph 18 of the Amended Complaint.

19. Nationstar is without sufficient information to admit or deny the allegations contained in paragraph 19 of the Amended Complaint.

20. Nationstar is without sufficient information to admit or deny the allegations contained in paragraph 20 of the Amended Complaint.

21. Nationstar is without sufficient information to admit or deny the allegations contained in paragraph 21 of the Amended Complaint.

22. Nationstar is without sufficient information to admit or deny the allegations contained in paragraph 22 of the Amended Complaint.

23. Nationstar is without sufficient information to admit or deny the

allegations contained in paragraph 23 of the Amended Complaint.

24.    Nationstar is without sufficient information to admit or deny the allegations contained in paragraph 24 of the Amended Complaint.

25.    Nationstar is without sufficient information to admit or deny the allegations contained in paragraph 25 of the Amended Complaint.

26.    Nationstar is without sufficient information to admit or deny the allegations contained in paragraph 26 of the Amended Complaint.

27.    Nationstar is without sufficient information to admit or deny the allegations contained in paragraph 27 of the Amended Complaint.

28.    Nationstar is without sufficient information to admit or deny the allegations contained in paragraph 28 of the Amended Complaint.

29.    Nationstar is without sufficient information to admit or deny the allegations contained in paragraph 29 of the Amended Complaint.

30.    Nationstar is without sufficient information to admit or deny the allegations contained in paragraph 30 of the Amended Complaint.

31.    Nationstar is without sufficient information to admit or deny the allegations contained in paragraph 31 of the Amended Complaint.

32.    Nationstar is without sufficient information to admit or deny the allegations contained in paragraph 32 of the Amended Complaint.

33.    Nationstar is without sufficient information to admit or deny the allegations contained in paragraph 33 of the Amended Complaint.

34.    Nationstar is without sufficient information to admit or deny the allegations contained in paragraph 34 of the Amended Complaint.

4

35.     Nationstar is without sufficient information to admit or deny the allegations contained in paragraph 35 of the Amended Complaint.

36.     Nationstar is without sufficient information to admit or deny the allegations contained in paragraph 36 of the Amended Complaint.

37.     Nationstar is without sufficient information to admit or deny the allegations contained in paragraph 37 of the Amended Complaint.

38.     Nationstar is without sufficient information to admit or deny the allegations contained in paragraph 38 of the Amended Complaint.

39.     Nationstar is without sufficient information to admit or deny the allegations contained in paragraph 39 of the Amended Complaint.

40.     Nationstar is without sufficient information to admit or deny the allegations contained in paragraph 40 of the Amended Complaint.

41.     Nationstar is without sufficient information to admit or deny the allegations contained in paragraph 41 of the Amended Complaint.

42.     Nationstar is without sufficient information to admit or deny the allegations contained in paragraph 42 of the Amended Complaint.

43.     Nationstar is without sufficient information to admit or deny the allegations contained in paragraph 43 of the Amended Complaint.

44.     Nationstar is without sufficient information to admit or deny the allegations contained in paragraph 44 of the Amended Complaint.

45.     Nationstar is without sufficient information to admit or deny the allegations contained in paragraph 45 of the Amended Complaint.

46.     Nationstar is without sufficient information to admit or deny the

allegations contained in paragraph 46 of the Amended Complaint.

47.    Nationstar is without sufficient information to admit or deny the allegations contained in paragraph 47 of the Amended Complaint.

48.    Nationstar denies the allegations contained in paragraph 48 of the Amended Complaint.

## PLAINTIFF'S DAMAGES

49.    Nationstar denies the allegations contained in paragraph 49 of the Amended Complaint.

50.    Nationstar denies the allegations contained in paragraph 50 of the Amended Complaint.

51.    Nationstar denies the allegations contained in paragraph 51 and all subparts of the Amended Complaint.

52.    Nationstar denies the allegations contained in paragraph 52 and all subparts of the Amended Complaint.

53.    Nationstar denies the allegations contained in paragraph 53 of the Amended Complaint.

54.    Nationstar denies the allegations contained in paragraph 54 of the Amended Complaint.

55.    Nationstar denies the allegations contained in paragraph 55 of the Amended Complaint.

## CAUSES OF ACTION

56.    Nationstar repeats and realleges its answers to the preceding paragraphs as if fully set forth herein.

57.    Nationstar denies the allegations contained in paragraph 57 of the Amended Complaint.

## VIOLATIONS OF THE FAIR CREDIT REPORTING ACT (FCRA)

58.    To the extent that a response is required, Nationstar repeats and realleges its answers to the preceding paragraphs as if fully set forth herein.

59.    Nationstar states that the allegations in paragraph 59 of the Amended Complaint are conclusions and/or contentions of law to which no response is required.  To the extent, if any, that a response is required, the allegations of this paragraph are denied.

60.    Nationstar states that the allegations in paragraph 60 of the Amended Complaint are conclusions and/or contentions of law to which no response is required.  To the extent, if any, that a response is required, the allegations of this paragraph are denied.

61.    Nationstar states that the allegations in paragraph 61 of the Amended Complaint are conclusions and/or contentions of law to which no response is required.  To the extent, if any, that a response is required, the allegations of this paragraph are denied.

62.    Nationstar states that the allegations in paragraph 62 of the Amended Complaint are conclusions and/or contentions of law to which no response is required.  To the extent, if any, that a response is required, the allegations of this paragraph are denied.

63. Nationstar states that the allegations in paragraph 63 of the Amended Complaint are conclusions and/or contentions of law to which no response is

required.  To the extent, if any, that a response is required, the allegations of this paragraph are denied.

64.    Nationstar denies the allegations contained in paragraph 64 of the Amended Complaint.

65.    Nationstar denies the allegations contained in paragraph 65 of the Amended Complaint.

66.    Nationstar denies the allegations contained in paragraph 66 of the Amended Complaint.

67.    Nationstar denies the allegations contained in paragraph 67 of the Amended Complaint.

68.    Nationstar denies the allegations contained in paragraph 68 of the Amended Complaint.

## COUNT I
15 U.S.C. § 1681e(b)
Failure to Follow Reasonable Procedures to Assure Maximum Possible Accuracy
(Defendants Experian, Trans Union, and Equifax)

69.    Nationstar repeats and realleges its answers to the preceding paragraphs as if fully set forth herein.

70.    Nationstar states that the allegations in paragraph 70 of the Amended Complaint are conclusions and/or contentions of law to which no response is required.  To the extent, if any, that a response is required, the allegations of this paragraph are denied.

71.    Nationstar is without sufficient information to admit or deny the allegations contained in paragraph 71 of the Amended Complaint.

72.     Nationstar is without sufficient information to admit or deny the allegations contained in paragraph 72 of the Amended Complaint.

73.     Nationstar is without sufficient information to admit or deny the allegations contained in paragraph 73 of the Amended Complaint.

74.     Nationstar is without sufficient information to admit or deny the allegations contained in paragraph 74 of the Amended Complaint.

75.     Nationstar is without sufficient information to admit or deny the allegations contained in paragraph 75 of the Amended Complaint.

76.     Nationstar is without sufficient information to admit or deny the allegations contained in paragraph 76 of the Amended Complaint.

77.     Nationstar is without sufficient information to admit or deny the allegations contained in paragraph 77 of the Amended Complaint.

## COUNT II
15 U.S.C. § 1681e(b)
Failure to Follow Reasonable Procedures to Assure Maximum Possible Accuracy
(Defendant LexisNexis)

78.     Nationstar repeats and realleges its answers to the preceding paragraphs as if fully set forth herein.

79.     Nationstar states that the allegations in paragraph 79 of the Amended Complaint are conclusions and/or contentions of law to which no response is required.  To the extent, if any, that a response is required, the allegations of this paragraph are denied.

80.     Nationstar is without sufficient information to admit or deny the allegations contained in paragraph 80 of the Amended Complaint.

81.     Nationstar is without sufficient information to admit or deny the allegations contained in paragraph 81 of the Amended Complaint.

82.     Nationstar is without sufficient information to admit or deny the allegations contained in paragraph 82 of the Amended Complaint.

83.     Nationstar is without sufficient information to admit or deny the allegations contained in paragraph 83 of the Amended Complaint.

84.     Nationstar is without sufficient information to admit or deny the allegations contained in paragraph 84 of the Amended Complaint.

85.     Nationstar is without sufficient information to admit or deny the allegations contained in paragraph 85 of the Amended Complaint.

86.     Nationstar is without sufficient information to admit or deny the allegations contained in paragraph 86 of the Amended Complaint.

## COUNT III
15 U.S.C. § 1681i(a)(1)(A)
Failure to Conduct a Reasonable Investigation into Plaintiff's Dispute
(Defendants Experian and Equifax)

87.     Nationstar repeats and realleges its answers to the preceding paragraphs as if fully set forth herein.

88.     Nationstar states that the allegations in paragraph 88 of the Amended Complaint are conclusions and/or contentions of law to which no response is required.  To the extent, if any, that a response is required, the allegations of this paragraph are denied.

89.     Nationstar is without sufficient information to admit or deny the allegations contained in paragraph 89 of the Amended Complaint.

90.    Nationstar is without sufficient information to admit or deny the allegations contained in paragraph 90 of the Amended Complaint.

91.    Nationstar is without sufficient information to admit or deny the allegations contained in paragraph 91 of the Amended Complaint.

92.    Nationstar is without sufficient information to admit or deny the allegations contained in paragraph 92 of the Amended Complaint.

93.    Nationstar is without sufficient information to admit or deny the allegations contained in paragraph 93 of the Amended Complaint.

94.    Nationstar is without sufficient information to admit or deny the allegations contained in paragraph 94 of the Amended Complaint.

## COUNT IV
15 U.S.C. § 1681i(a)(1)(A)
Failure to Conduct a Reasonable Investigation into Plaintiff's Dispute
(Defendant LexisNexis)

95.    Nationstar repeats and realleges its answers to the preceding paragraphs as if fully set forth herein.

96.    Nationstar states that the allegations in paragraph 96 of the Amended Complaint are conclusions and/or contentions of law to which no response is required.  To the extent, if any, that a response is required, the allegations of this paragraph are denied.

97.    Nationstar is without sufficient information to admit or deny the allegations contained in paragraph 97 of the Amended Complaint.

98.    Nationstar is without sufficient information to admit or deny the allegations contained in paragraph 98 of the Amended Complaint.

99.     Nationstar is without sufficient information to admit or deny the allegations contained in paragraph 99 of the Amended Complaint.

100.    Nationstar is without sufficient information to admit or deny the allegations contained in paragraph 100 of the Amended Complaint.

101.    Nationstar is without sufficient information to admit or deny the allegations contained in paragraph 101 of the Amended Complaint.

102.    Nationstar is without sufficient information to admit or deny the allegations contained in paragraph 102 of the Amended Complaint.

103.    Nationstar is without sufficient information to admit or deny the allegations contained in paragraph 103 of the Amended Complaint.

### COUNT V
15 U.S.C. § 1681i(a)(4)
Failure to Read and Consider Documents Attached to Plaintiff's Dispute
(Defendants Experian and Equifax)

104.    Nationstar repeats and realleges its answers to the preceding paragraphs as if fully set forth herein.

105.    Nationstar states that the allegations in paragraph 105 of the Amended Complaint are conclusions and/or contentions of law to which no response is required.  To the extent, if any, that a response is required, the allegations of this paragraph are denied.

106.    Nationstar is without sufficient information to admit or deny the allegations contained in paragraph 106 of the Amended Complaint.

107.    Nationstar is without sufficient information to admit or deny the allegations contained in paragraph 107 of the Amended Complaint.

108.   Nationstar is without sufficient information to admit or deny the allegations contained in paragraph 108 of the Amended Complaint.

109.   Nationstar is without sufficient information to admit or deny the allegations contained in paragraph 109 of the Amended Complaint.

110.   Nationstar is without sufficient information to admit or deny the allegations contained in paragraph 110 of the Amended Complaint.

## COUNT VI
15 U.S.C. § 1681i(a)(4)
Failure to Read and Consider Documents Attached to Plaintiff's Dispute
(Defendant LexisNexis)

111.   Nationstar repeats and realleges its answers to the preceding paragraphs as if fully set forth herein.

112.   Nationstar states that the allegations in paragraph 112 of the Amended Complaint are conclusions and/or contentions of law to which no response is required.  To the extent, if any, that a response is required, the allegations of this paragraph are denied.

113.   Nationstar is without sufficient information to admit or deny the allegations contained in paragraph 113 of the Amended Complaint.

114.   Nationstar is without sufficient information to admit or deny the allegations contained in paragraph 114 of the Amended Complaint.

115.   Nationstar is without sufficient information to admit or deny the allegations contained in paragraph 115 of the Amended Complaint.

116.   Nationstar is without sufficient information to admit or deny the allegations contained in paragraph 116 of the Amended Complaint.

13

117.   Nationstar is without sufficient information to admit or deny the allegations contained in paragraph 117 of the Amended Complaint.

118.   Nationstar is without sufficient information to admit or deny the allegations contained in paragraph 118 of the Amended Complaint.

## COUNT VII
15 U.S.C. § 1681i(a)(5)(A)
Failure to Delete and/or Modify the Disputed Information
(Defendants Experian and Equifax)

119.   Nationstar repeats and realleges its answers to the preceding paragraphs as if fully set forth herein.

120.   Nationstar states that the allegations in paragraph 120 of the Amended Complaint are conclusions and/or contentions of law to which no response is required.  To the extent, if any, that a response is required, the allegations of this paragraph are denied.

121.   Nationstar is without sufficient information to admit or deny the allegations contained in paragraph 121 of the Amended Complaint.

122.   Nationstar is without sufficient information to admit or deny the allegations contained in paragraph 122 of the Amended Complaint.

123.   Nationstar is without sufficient information to admit or deny the allegations contained in paragraph 123 of the Amended Complaint.

124.   Nationstar is without sufficient information to admit or deny the allegations contained in paragraph 124 of the Amended Complaint.

125.   Nationstar is without sufficient information to admit or deny the allegations contained in paragraph 125 of the Amended Complaint.

## COUNT VIII
15 U.S.C. § 1681i(a)(5)(A)
Failure to Delete and/or Modify the Disputed Information
(Defendant LexisNexis)

126. Nationstar repeats and realleges its answers to the preceding paragraphs as if fully set forth herein.

127. Nationstar states that the allegations in paragraph 127 of the Amended Complaint are conclusions and/or contentions of law to which no response is required. To the extent, if any, that a response is required, the allegations of this paragraph are denied.

128. Nationstar is without sufficient information to admit or deny the allegations contained in paragraph 128 of the Amended Complaint.

129. Nationstar is without sufficient information to admit or deny the allegations contained in paragraph 129 of the Amended Complaint.

130. Nationstar is without sufficient information to admit or deny the allegations contained in paragraph 130 of the Amended Complaint.

131. Nationstar is without sufficient information to admit or deny the allegations contained in paragraph 131 of the Amended Complaint.

132. Nationstar is without sufficient information to admit or deny the allegations contained in paragraph 132 of the Amended Complaint.

133. Nationstar is without sufficient information to admit or deny the allegations contained in paragraph 133 of the Amended Complaint.

## COUNT IX
15 U.S.C. § 1681s-2(b)
Failure to Conduct a Reasonable Investigation of the Information Disputed by Plaintiff
(Defendant Nationstar)

134.    Nationstar repeats and realleges its answers to the preceding paragraphs as if fully set forth herein.

135.    Nationstar states that the allegations in paragraph 135 of the Amended Complaint are conclusions and/or contentions of law to which no response is required.  To the extent, if any, that a response is required, the allegations are denied.

136.    Nationstar denies the allegations contained in paragraph 136 of the Amended Complaint.

137.    Nationstar denies the allegations contained in paragraph 137 of the Amended Complaint.

138.    Nationstar denies the allegations contained in paragraph 138 of the Amended Complaint.

139.    Nationstar denies the allegations contained in paragraph 139 of the Amended Complaint.

140.    Nationstar denies the allegations contained in paragraph 140 of the Amended Complaint.

141.    Nationstar denies the allegations contained in paragraph 141 of the Amended Complaint.

## JURY DEMAND

In response to the unnumbered paragraph following the title labeled "PRAYER FOR RELIEF" in the Amended Complaint, Nationstar denies that Plaintiff is entitled to a jury trial for any cause of action.

## AFFIRMATIVE DEFENSES

1.      Plaintiff's claims against Nationstar should be dismissed for failure to state a claim.

2.      Plaintiff's own acts and/or omissions caused or contributed to Plaintiff's alleged injuries and/or damages, the existence of which Nationstar specifically denies.

3.      The acts and/or omissions of other persons and/or entities, over whom Nationstar had no control nor right to control, caused or contributed to Plaintiff's alleged injuries and/or damages, the existence of which Nationstar specifically denies.

4.      Plaintiff's claims are barred, in whole or in part, by Plaintiff's failure to mitigate her alleged damages.

5.      Plaintiff's alleged damages, the existence of which Nationstar specifically denies, were caused, in whole or in part, by pre-existing, subsequent and/or intervening events or conditions to which Nationstar did not cause or contribute.

6.      Plaintiff's claims against Nationstar are barred, in whole or in part, by the doctrines of justification and/or mistake.

17

7.      Plaintiff's claims against Nationstar are barred in whole or in part by the doctrines of waiver, estoppel, laches, set-off, *in pari delicto*, and/or unclean hands.

8.      Plaintiff's claims against Nationstar are barred in whole or in part by the applicable statute of limitations.

9.      Plaintiff's claims against Nationstar are barred, in whole or in part, because any alleged wrongful act or omission by Nationstar was the result of a good faith and/or bona fide error.

10.     Nationstar specifically denies that Plaintiff is entitled to an award of attorney's fees or costs either contractually or by statute.

11.     Nationstar requests the trier of fact determine the proportionate responsibility of Plaintiff, any named and/or settling defendant, and any responsible third-parties for the damages allegedly suffered by Plaintiff and to award Plaintiff judgement, if any, against Nationstar for only those damages for which it is found to be proportionally responsible.

12.     Nationstar denies that it engaged in any acts and/or omissions that would warrant the award of exemplary damages.

13.     Nationstar specifically denies all conditions precedent for recovery have occurred or been met.

14.     Plaintiff's claims are barred in whole, or in part, by 15 U.S.C. 1681h(e) and/or 15 U.S.C. 1681t(b)(1)(F).

15.     Plaintiff's claims against Nationstar are barred by the doctrine of judicial waiver.

16.     Plaintiff lacks standing to pursue any claims that were property of her bankruptcy estate and could have only been pursued by the bankruptcy trustee.

## PRAYER

**WHEREFORE**, Nationstar prays that Plaintiff takes nothing by her claims; Plaintiff's claims be dismissed with prejudice; and that Nationstar be awarded its attorneys' fees, costs and all further relief to which it may be justly entitled at law or in equity.


Dated: February 18, 2026                    /s/ Daniel L. Cummings
                                            Daniel L. Cummings, Attorney for
                                            Defendant Nationstar Mortgage LLC


NORMAN, HANSON & DETROY, LLC
220 Middle Street
P.O. Box 4600
Portland, ME  04112-4600
(207) 774-7000
dcummings@nhdlaw.com