UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

NICOLE L. MCGINLEY,

    Plaintiff

v.

EXPERIAN INFORMATION
SOLUTIONS, INC., TRANS UNION,
LLC, EQUIFAX INFORMATION
SERVICES, LLC, LEXISNEXIS RISK
SOLUTIONS and NATIONSTAR
MORTGAGE LLC,

    Defendants

CIVIL ACTION
DOCKET NO. 2:25-cv-00481-LEW

## AMENDED CORPORATE DISCLOSURE STATEMENT
## BY NATIONSTAR MORTGAGE LLC

Pursuant to Fed. R. Civ. P. 7.1, Defendant Nationstar Mortgage LLC[1] discloses that effective February 2, 2026, it merged with and into Rocket Mortgage, LLC, a Michigan limited liability company, with Rocket Mortgage, LLC being the surviving entity.

Rocket Mortgage, LLC is wholly owned by Rocket Limited Partnership, a Michigan limited partnership. Rocket Limited Partnership is owned by Rocket GP, LLC, a Michigan limited liability company and Rocket LP, LLC, a Michigan limited liability company. Rocket Companies, Inc., a Delaware corporation, is publicly traded and is the sole member of Rocket GP, LLC and of Rocket LP, LLC. Rocket

---

[1] Effective February 2, 2026 Rocket Mortgage, LLC is the successor by merger to Nationstar Mortgage LLC.

Mortgage, LLC is not a publicly traded company. No publicly-held corporation owns 10 percent or more of the stock of Rocket Mortgage, LLC.

Dated:  February 18, 2026               /s/ Daniel L. Cummings
                                        Daniel L. Cummings
                                        Attorney for Defendant
                                        Nationstar Mortgage LLC

NORMAN, HANSON & DETROY, LLC
220 Middle Street
P.O. Box 4600
Portland, ME  04112-4600
(207) 774-7000
dcummings@nhdlaw.com

## CERTIFICATE OF SERVICE FOR ELECTRONIC CASE FILING

I hereby certify that I served a true copy of the above Corporate Disclosure Statement on each of the parties on the service list below via U.S. mail, postage prepaid on February 18, 2026.  All other parties listed on the Notice of Electronic Filing have been served electronically.

Dated: February 18, 2026                /s/ Daniel L. Cummings
                                        Daniel L. Cummings

## SERVICE LIST
None.