## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

|  |  |  |
|---|---|---|
| NICOLE L. MCGINLEY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | Case No. 2:25-cv-00481-LEW |
| EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION, LLC, EQUIFAX INFORMATION SERVICES, LLC., LEXISNEXIS RISK SOLUTIONS, and NATIONSTAR MORTGAGE, LLC. | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

### ANSWER TO AMENDED COMPLAINT AND AFFIRMATIVE DEFENSES OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.

NOW COMES Defendant Experian Information Solutions, Inc. ("Experian"), by and through its undersigned counsel, and in response to the separately paragraphed allegations of Plaintiff Nicole L. McGinley's Amended Complaint (Dkt. 40) (the "Complaint"), answers as follows:

### I.    PRELIMINARY STATEMENT

1.    In response to paragraph 1 of the Complaint, Experian admits that Plaintiff has alleged actual, statutory, and punitive damages, costs, and attorney's fees pursuant to the Fair Credit Reporting Act, 15 U.S.C. § 1681, *et seq* ("FCRA").

2.    In response to paragraph 2 of the Complaint, which relates to entities other than Experian, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 2 of the Complaint.

3.      In response to paragraph 3 of the Complaint, Experian admits that claimant alleges violations of statute.

4.      In response to paragraph 4 of the Complaint, Experian denies, generally and specifically, each and every allegation of paragraph 4 of the Complaint.

5.      In response to paragraph 5 of the Complaint, Experian admits that, unless otherwise indicated, Claimant's use of a Defendant's name in the Complaint is intended to include all agents, principles, managing agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers of the Defendant.

## II.     JURISDICTION AND VENUE

6.      In response to paragraph 6 of the Complaint, Experian admits that Plaintiff has alleged jurisdiction based on the Fair Credit Reporting Act, 15 U.S.C. §§ 1681 and 1331. Experian states that this is a legal conclusion which is not subject to denial or admission.

7.      In response to paragraph 7 of the Complaint, Experian admits that Plaintiff has alleged that venue is appropriate under 28 U.S.C. §1391(b), and states that this is a legal conclusion which is not subject to denial or admission. As to the remaining allegations in paragraph 7 of the complaint, which does not relate to Experian, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every remaining allegation contained in paragraph 7 of the Complaint.

## III.    PARTIES

8.      In response to paragraph 8 of the Complaint, which does not relate to Experian, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every  allegation contained in paragraph 8 of the Complaint.

2

9.      In response to paragraph 9 of the complaint, Experian admits it is a "consumer reporting agency," as defined by 15 U.S.C. § 1681a(f), is in the business of assembling and reporting consumer credit information, and reports consumer credit information within the District of Maine. Except as specifically admitted, Experian denies, generally and specifically, each and every remaining allegation contained in paragraph 9 of the Complaint.

10.     In response to paragraph 10 of the Complaint, which does not relate to Experian, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained in paragraph 10 of the Complaint.

11.     In response to paragraph 11 of the Complaint, which does not relate to Experian, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained in paragraph 11 of the Complaint.

12.     In response to paragraph 12 of the Complaint, which does not relate to Experian, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained in paragraph 12 of the Complaint.

13.     In response to paragraph 13 of the Complaint, which does not relate to Experian, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained in paragraph 13 of the Complaint.

## IV.    FACTUAL ALLEGATIONS

14.     In response to paragraph 14 of the Complaint, which does not relate to Experian, Experian is without knowledge or information sufficient to form a belief as to the truth of the

allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained in paragraph 14 of the Complaint.

15.    In response to paragraph 15 of the Complaint, which does not relate to Experian, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained in paragraph 15 of the Complaint.

16.    In response to paragraph 16 of the Complaint, to the extent the allegations therein relate to Experian, Experian denies, generally and specifically, each and every allegation contained in paragraph 16 of the Complaint. To the extent the allegations in paragraph 16 relate to entities other than Experian, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every remaining allegation contained in paragraph 16 of the Complaint.

17.    In response to paragraph 17 of the Complaint, to the extent the allegations therein relate to Experian, Experian denies, generally and specifically, each and every allegation contained in paragraph 17 of the Complaint. To the extent the allegations in paragraph 17 relate to entities other than Experian, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every remaining allegation contained in paragraph 17 of the Complaint.

18.    In response to paragraph 18 of the Complaint, to the extent the allegations therein relate to Experian, Experian denies, generally and specifically, each and every allegation contained in paragraph 18 of the Complaint. To the extent the allegations in paragraph 18 relate

4

to entities other than Experian, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every remaining allegation contained in paragraph 18 of the Complaint.

19.     In response to paragraph 19 of the Complaint, to the extent the allegations therein relate to Experian, Experian denies, generally and specifically, each and every allegation contained in paragraph 19 of the Complaint. To the extent the allegations in paragraph 19 relate to entities other than Experian, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every remaining allegation contained in paragraph 19 of the Complaint.

20.     In response to paragraph 20 of the Complaint, to the extent the allegations therein relate to Experian, Experian denies, generally and specifically, each and every allegation contained in paragraph 20 of the Complaint. To the extent the allegations in paragraph 20 relate to entities other than Experian, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every remaining allegation contained in paragraph 20 of the Complaint.

21.     In response to paragraph 21 of the Complaint, to the extent the allegations therein relate to Experian, Experian denies, generally and specifically, each and every allegation contained in paragraph 21 of the Complaint. To the extent the allegations in paragraph 21 relate to entities other than Experian, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally

and specifically, each and every remaining allegation contained in paragraph 21 of the Complaint.

22.     In response to paragraph 22 of the Complaint, to the extent the allegations therein relate to Experian, Experian denies, generally and specifically, each and every allegation contained in paragraph 22 of the Complaint. To the extent the allegations in paragraph 22 relate to entities other than Experian, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every remaining allegation contained in paragraph 22 of the Complaint.

23.     In response to paragraph 23 of the Complaint, to the extent the allegations therein relate to Experian, Experian denies, generally and specifically, each and every allegation contained in paragraph 23 of the Complaint. To the extent the allegations in paragraph 23 relate to entities other than Experian, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every remaining allegation contained in paragraph 23 of the Complaint.

24.     In response to paragraph 24 of the Complaint, to the extent the allegations therein relate to Experian, Experian denies, generally and specifically, each and every allegation contained in paragraph 24 of the Complaint. To the extent the allegations in paragraph 24 relate to entities other than Experian, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every remaining allegation contained in paragraph 24 of the Complaint.

25.     In response to paragraph 25 of the Complaint, to the extent the allegations therein relate to Experian, Experian denies, generally and specifically, each and every allegation contained in paragraph 25 of the Complaint. To the extent the allegations in paragraph 25 relate to entities other than Experian, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every remaining allegation contained in paragraph 25 of the Complaint.

26.     In response to paragraph 26 of the Complaint, to the extent the allegations therein relate to Experian, Experian denies, generally and specifically, each and every allegation contained in paragraph 26 of the Complaint. To the extent the allegations in paragraph 26 relate to entities other than Experian, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every remaining allegation contained in paragraph 26 of the Complaint.

27.     In response to paragraph 26 of the Complaint, to the extent the allegations therein relate to Experian, Experian denies, generally and specifically, each and every allegation contained in paragraph 26 of the Complaint, including all subparts. To the extent the allegations in paragraph 27 relate to entities other than Experian, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every remaining allegation contained in paragraph 27 of the Complaint.

28.     In response to paragraph 28 of the Complaint, to the extent the allegations therein relate to Experian, Experian denies, generally and specifically, each and every allegation

contained in paragraph 28 of the Complaint. To the extent the allegations in paragraph 28 relate to entities other than Experian, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every remaining allegation contained in paragraph 28 of the Complaint.

29.     In response to paragraph 29 of the Complaint, to the extent the allegations therein relate to Experian, Experian denies, generally and specifically, each and every allegation contained in paragraph 29 of the Complaint, including all subparts. To the extent the allegations in paragraph 29 relate to entities other than Experian, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every remaining allegation contained in paragraph 29 of the Complaint.

30.     In response to paragraph 30 of the Complaint, to the extent the allegations therein relate to Experian, Experian denies, generally and specifically, each and every allegation contained in paragraph 30 of the Complaint. To the extent the allegations in paragraph 30 relate to entities other than Experian, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every remaining allegation contained in paragraph 30 of the Complaint.

31.     In response to paragraph 31 of the Complaint, to the extent the allegations therein relate to Experian, Experian denies, generally and specifically, each and every allegation contained in paragraph 31 of the Complaint. To the extent the allegations in paragraph 31 relate to entities other than Experian, Experian is without knowledge or information sufficient to form

a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every remaining allegation contained in paragraph 31 of the Complaint.

32.    In response to paragraph 32 of the Complaint, to the extent the allegations therein relate to Experian, Experian denies, generally and specifically, each and every allegation contained in paragraph 32 of the Complaint. To the extent the allegations in paragraph 32 relate to entities other than Experian, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every remaining allegation contained in paragraph 32 of the Complaint.

33.    In response to paragraph 33 of the Complaint, to the extent the allegations therein relate to Experian, Experian denies, generally and specifically, each and every allegation contained in paragraph 33 of the Complaint. To the extent the allegations in paragraph 33 relate to entities other than Experian, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every remaining allegation contained in paragraph 33 of the Complaint.

34.    In response to paragraph 34 of the Complaint, which does not relate to Experian, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained in paragraph 34 of the Complaint.

35.    In response to paragraph 35 of the Complaint Experian denies, generally and specifically, each and every allegation contained in paragraph 33 of the Complaint.

36.     In response to paragraph 36 of the Complaint, which does not relate to Experian, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained in paragraph 36 of the Complaint.

37.     In response to paragraph 37 of the Complaint, to the extent the allegations therein relate to Experian, Experian denies, generally and specifically, each and every allegation contained in paragraph 37 of the Complaint. To the extent the allegations in paragraph 37 relate to entities other than Experian, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every remaining allegation contained in paragraph 37 of the Complaint.

38.     In response to paragraph 38 of the Complaint, to the extent the allegations therein relate to Experian, Experian denies, generally and specifically, each and every allegation contained in paragraph 38 of the Complaint. To the extent the allegations in paragraph 38 relate to entities other than Experian, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every remaining allegation contained in paragraph 38 of the Complaint.

39.     In response to paragraph 39 of the Complaint, to the extent the allegations therein relate to Experian, Experian denies, generally and specifically, each and every allegation contained in paragraph 39 of the Complaint, including all subparts. To the extent the allegations in paragraph 39 relate to entities other than Experian, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on

that basis, denies, generally and specifically, each and every remaining allegation contained in paragraph 39 of the Complaint.

40.    In response to paragraph 40 of the Complaint, to the extent the allegations therein relate to Experian, Experian denies, generally and specifically, each and every allegation contained in paragraph 40 of the Complaint. To the extent the allegations in paragraph 40 relate to entities other than Experian, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every remaining allegation contained in paragraph 40 of the Complaint.

41.    In response to paragraph 41 of the Complaint, which does not refer to Experian, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained in paragraph 41 of the Complaint.

42.    In response to paragraph 42 of the Complaint, which does not refer to Experian, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained in paragraph 42 of the Complaint.

43.    In response to paragraph 43 of the Complaint, which does not refer to Experian, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained in paragraph 43 of the Complaint.

44.    In response to paragraph 44 of the Complaint, which does not refer to Experian, Experian is without knowledge or information sufficient to form a belief as to the truth of the

allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained in paragraph 44 of the Complaint.

45. In response to paragraph 45 of the Complaint, which does not refer to Experian, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained in paragraph 45 of the Complaint.

46. In response to paragraph 46 of the Complaint, which does not refer to Experian, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained in paragraph 46 of the Complaint.

47. In response to paragraph 47 of the Complaint, which does not refer to Experian, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained in paragraph 47 of the Complaint.

48. In response to paragraph 48 of the Complaint, to the extent the allegations therein relate to Experian, Experian denies, generally and specifically, each and every allegation contained in paragraph 48 of the Complaint. To the extent the allegations in paragraph 48 relate to entities other than Experian, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every remaining allegation contained in paragraph 48 of the Complaint.

## V.  PLAINTIFF'S DAMAGES

49. In response to paragraph 49 of the Complaint, to the extent the allegations therein relate to Experian, Experian denies, generally and specifically, each and every allegation

12

contained in paragraph 49 of the Complaint, and further denies that Experian is liable to Plaintiff for any actual, statutory, or punitive damages, attorneys' fees, or costs. To the extent the allegations in paragraph 49 relate to entities other than Experian, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every remaining allegation contained in paragraph 49 of the Complaint.

50.     In response to paragraph 50 of the Complaint, to the extent the allegations therein relate to Experian, Experian denies, generally and specifically, each and every allegation contained in paragraph 50 of the Complaint. Experian further denies that Plaintiff was a direct or proximate cause of, or a substantial factor in, any injuries, damages, or harm allegedly suffered by Plaintiff. To the extent the allegations in paragraph 50 relate to entities other than Experian, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every remaining allegation contained in paragraph 50 of the Complaint.

51.     In response to paragraph 51 of the Complaint, to the extent the allegations therein relate to Experian, Experian denies, generally and specifically, each and every allegation contained in paragraph 51 of the Complaint, including all subparts. Experian further denies that Experian is liable to Plaintiff for any actual, statutory, or punitive damages, or any other form of relief. Experian further denies that Plaintiff was a direct or proximate cause of, or a substantial factor in, any injuries, damages, or harm allegedly suffered by Plaintiff.  To the extent the allegations in paragraph 51 relate to entities other than Experian, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and,

on that basis, denies, generally and specifically, each and every remaining allegation contained in paragraph 51 of the Complaint.

52.    In response to paragraph 52 of the Complaint, to the extent the allegations therein relate to Experian, Experian denies, generally and specifically, each and every allegation contained in paragraph 52 of the Complaint, including all subparts. Experian further denies that Experian is liable to Plaintiff for any actual, statutory, or punitive damages, or any other form of relief. Experian further denies that Plaintiff was a direct or proximate cause of, or a substantial factor in, any injuries, damages, or harm allegedly suffered by Plaintiff.  To the extent the allegations in paragraph 52 relate to entities other than Experian, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every remaining allegation contained in paragraph 52 of the Complaint.

53.    In response to paragraph 53 of the Complaint, to the extent the allegations therein relate to Experian, Experian denies, generally and specifically, each and every allegation contained in paragraph 53 of the Complaint. To the extent the allegations in paragraph 53 relate to entities other than Experian, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every remaining allegation contained in paragraph 53 of the Complaint.

54.    In response to paragraph 54 of the Complaint, to the extent the allegations therein relate to Experian, Experian denies, generally and specifically, each and every allegation contained in paragraph 54 of the Complaint. To the extent the allegations in paragraph 54 relate to entities other than Experian, Experian is without knowledge or information sufficient to form

a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every remaining allegation contained in paragraph 54 of the Complaint.

55.    In response to paragraph 55 of the complaint, Experian admits that Plaintiff alleges that the damages described in paragraphs 49-54 of the complaint are specifically attributable to LexisNexis along with the other named Defendants. Experian denies that these damages are attributable to Experian, and further denies that Plaintiff is entitled to any damages.

## VI.    CAUSES OF ACTION

56.    In response to paragraph 56 of the complaint, Experian admits that Plaintiff incorporates by reference the allegations set forth in the preceding paragraphs as though the same were set forth at length herein.

57.    In response to paragraph 57 of the Complaint, to the extent the allegations therein relate to Experian, Experian denies, generally and specifically, each and every allegation contained in paragraph 57 of the Complaint. To the extent the allegations in paragraph 56 relate to entities other than Experian, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every remaining allegation contained in paragraph 57 of the Complaint.

## VII.    VIOLATIONS OF THE FAIR CREDIT REPORTING ACT (FCRA)

58.    In response to paragraph 58 of the complaint, Experian admits that Plaintiff incorporates by reference the allegations set forth in the preceding paragraphs as though the same were set forth at length herein.

59.    In response to paragraph 59 of the complaint, Experian states that the FCRA speaks for itself.

15

60.    In response to paragraph 60 of the complaint, Experian admits that it is a Consumer Reporting Agency pursuant to the FCRA and that Plaintiff refers to Defendants Experian, Trans Union, Equifax, and LexisNexis as "the CRAs," or "the CRA Defendants." To the extent the allegations in paragraph 60 relate to entities other than Experian, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every remaining allegation contained in paragraph 60 of the Complaint.

61.    In response to paragraph 61 of the complaint, Experian states that the FCRA speaks for itself.

62.    In response to paragraph 62 of the complaint, Experian states that the Code of Federal Regulations speaks for itself.

63.    In response to paragraph 63 of the complaint, which does not relate to Experian, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained in paragraph 63 of the Complaint.

64.    In response to paragraph 64 of the Complaint, to the extent the allegations therein relate to Experian, Experian denies, generally and specifically, each and every allegation contained in paragraph 64 of the Complaint. To the extent the allegations in paragraph 64 relate to entities other than Experian, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every remaining allegation contained in paragraph 64 of the Complaint.

65.    In response to paragraph 65 of the Complaint, to the extent the allegations therein relate to Experian, Experian denies, generally and specifically, each and every allegation contained in paragraph 65 of the Complaint.  To the extent the allegations in paragraph 65 relate to entities other than Experian, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every remaining allegation contained in paragraph 65 of the Complaint.

66.    In response to paragraph 66 of the Complaint, to the extent the allegations therein relate to Experian, Experian denies, generally and specifically, each and every allegation contained in paragraph 66 of the Complaint.  To the extent the allegations in paragraph 66 relate to entities other than Experian, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every remaining allegation contained in paragraph 66 of the Complaint.

67.    In response to paragraph 67 of the Complaint, to the extent the allegations therein relate to Experian, Experian denies, generally and specifically, each and every allegation contained in paragraph 67 of the Complaint.  To the extent the allegations in paragraph 67 relate to entities other than Experian, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every remaining allegation contained in paragraph 67 of the Complaint.

68.    In response to paragraph 68 of the Complaint, to the extent the allegations therein relate to Experian, Experian admits that Plaintiff has alleged claims that arise under the FCRA.

Except as specifically admitted, to the extent the allegations in paragraph 68 relate to Experian, Experian denies, generally and specifically, each and every allegation contained in paragraph 68 of the Complaint. To the extent the allegations in paragraph 68 relate to entities other than Experian, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every remaining allegation contained in paragraph 68 of the Complaint.

## VIII.  COUNT I

69.     In response to paragraph 69 of the complaint, Experian admits that Plaintiff incorporates by reference the allegations set forth in the preceding paragraphs as though the same were set forth at length herein.

70.     In response to paragraph 70 of the complaint, Experian states that the FCRA speaks for itself.

71.     In response to paragraph 71 of the Complaint, to the extent the allegations therein relate to Experian, Experian denies, generally and specifically, each and every allegation contained in paragraph 71 of the Complaint. To the extent the allegations in paragraph 71 relate to entities other than Experian, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every remaining allegation contained in paragraph 71 of the Complaint.

72.     In response to paragraph 72 of the Complaint, to the extent the allegations therein relate to Experian, Experian denies, generally and specifically, each and every allegation contained in paragraph 72 of the Complaint. To the extent the allegations in paragraph 72 relate to entities other than Experian, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally

18

and specifically, each and every remaining allegation contained in paragraph 72 of the Complaint.

73.    In response to paragraph 73 of the Complaint, to the extent the allegations therein relate to Experian, Experian denies, generally and specifically, each and every allegation contained in paragraph 73 of the Complaint.  To the extent the allegations in paragraph 73 relate to entities other than Experian, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every remaining allegation contained in paragraph 73 of the Complaint.

74.    In response to paragraph 74 of the Complaint, to the extent the allegations therein relate to Experian, Experian denies, generally and specifically, each and every allegation contained in paragraph 74 of the Complaint.  To the extent the allegations in paragraph 74 relate to entities other than Experian, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every remaining allegation contained in paragraph 74 of the Complaint.

75.    In response to paragraph 75 of the Complaint, to the extent the allegations therein relate to Experian, Experian denies, generally and specifically, each and every allegation contained in paragraph 75 of the Complaint.  To the extent the allegations in paragraph 75 relate to entities other than Experian, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every remaining allegation contained in paragraph 75 of the

Complaint. Experian further states that the allegations in paragraph 75 of the complaint are legal conclusions not subject to admission or denial.

76.    In response to paragraph 76 of the Complaint, to the extent the allegations therein relate to Experian, Experian denies, generally and specifically, each and every allegation contained in paragraph 76 of the Complaint.  To the extent the allegations in paragraph 76 relate to entities other than Experian, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every remaining allegation contained in paragraph 76 of the Complaint.

77.    In response to paragraph 77 of the Complaint, to the extent the allegations therein relate to Experian, Experian denies, generally and specifically, each and every allegation contained in paragraph 77 of the Complaint.  To the extent the allegations in paragraph 77 relate to entities other than Experian, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every remaining allegation contained in paragraph 77 of the Complaint.

**IX.    COUNT II**

78.    In response to paragraph 78 of the complaint, Experian admits that Plaintiff incorporates by reference the allegations set forth in the preceding paragraphs as though the same were set forth at length herein.

79.    In response to paragraph 79 of the complaint, Experian states that the FCRA speaks for itself.

80.    In response to paragraph 80 of the Complaint, which does not relate to Experian, Experian is without knowledge or information sufficient to form a belief as to the truth of the

20

allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained in paragraph 80 of the Complaint.

81.     In response to paragraph 81 of the Complaint, which does not relate to Experian, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained in paragraph 81 of the Complaint. Experian further denies that Plaintiff "was the victim of file mixing."

82.     In response to paragraph 82 of the Complaint, which does not relate to Experian, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained in paragraph 82 of the Complaint.

83.     In response to paragraph 83 of the Complaint, which does not relate to Experian, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained in paragraph 83 of the Complaint.

84.     In response to paragraph 84 of the Complaint, which does not relate to Experian, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained in paragraph 84 of the Complaint. Experian further states that paragraph 84 of the Complaint contains legal conclusions not subject to admission or denial.

85.     In response to paragraph 85 of the Complaint, which does not relate to Experian, Experian is without knowledge or information sufficient to form a belief as to the truth of the

allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained in paragraph 85 of the Complaint.

86. In response to paragraph 86 of the Complaint, which does not relate to Experian, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained in paragraph 86 of the Complaint.

## X.    COUNT III

87. In response to paragraph 87 of the complaint, Experian admits that Plaintiff incorporates by reference the allegations set forth in the preceding paragraphs as though the same were set forth at length herein.

88. In response to paragraph 88 of the complaint, Experian states that the FCRA speaks for itself.

89. In response to paragraph 89 of the Complaint, to the extent the allegations therein relate to Experian, Experian denies, generally and specifically, each and every allegation contained in paragraph 89 of the Complaint.  To the extent the allegations in paragraph 89 relate to entities other than Experian, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every remaining allegation contained in paragraph 89 of the Complaint.

90. In response to paragraph 90 of the Complaint, to the extent the allegations therein relate to Experian, Experian denies, generally and specifically, each and every allegation contained in paragraph 90 of the Complaint.  To the extent the allegations in paragraph 90 relate to entities other than Experian, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally

and specifically, each and every remaining allegation contained in paragraph 90 of the Complaint.

91.     In response to paragraph 91 of the Complaint, to the extent the allegations therein relate to Experian, Experian denies, generally and specifically, each and every allegation contained in paragraph 91 of the Complaint.  To the extent the allegations in paragraph 91 relate to entities other than Experian, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every remaining allegation contained in paragraph 91 of the Complaint.

92.     In response to paragraph 92 of the Complaint, to the extent the allegations therein relate to Experian, Experian denies, generally and specifically, each and every allegation contained in paragraph 92 of the Complaint.  To the extent the allegations in paragraph 92 relate to entities other than Experian, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every remaining allegation contained in paragraph 92 of the Complaint.

93.     In response to paragraph 93 of the Complaint, to the extent the allegations therein relate to Experian, Experian denies, generally and specifically, each and every allegation contained in paragraph 93 of the Complaint.  To the extent the allegations in paragraph 93 relate to entities other than Experian, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every remaining allegation contained in paragraph 93 of the

Complaint. Experian further states that paragraph 93 of the Complaint contains legal conclusions not subject to admission or denial.

94.     In response to paragraph 94 of the Complaint, to the extent the allegations therein relate to Experian, Experian denies, generally and specifically, each and every allegation contained in paragraph 94 of the Complaint.  To the extent the allegations in paragraph 94 relate to entities other than Experian, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every remaining allegation contained in paragraph 94 of the Complaint.

## XI.     COUNT IV

95.     In response to paragraph 95 of the complaint, Experian admits that Plaintiff incorporates by reference the allegations set forth in the preceding paragraphs as though the same were set forth at length herein.

96.     In response to paragraph 96 of the complaint, Experian states that the FCRA speaks for itself.

97.     In response to paragraph 82 of the Complaint, which does not relate to Experian, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained in paragraph 82 of the Complaint.

98.     In response to paragraph 98 of the Complaint, which does not relate to Experian, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained in paragraph 98 of the Complaint.

24

99.    In response to paragraph 99 of the Complaint, which does not relate to Experian, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained in paragraph 99 of the Complaint.

100.    In response to paragraph 100 of the Complaint, which does not relate to Experian, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained in paragraph 100 of the Complaint.

101.    In response to paragraph 101 of the Complaint, which does not relate to Experian, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained in paragraph 101 of the Complaint.

102.    In response to paragraph 102 of the Complaint, which does not relate to Experian, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained in paragraph 102 of the Complaint.

103.    In response to paragraph 103 of the Complaint, which does not relate to Experian, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained in paragraph 103 of the Complaint. Experian also states that paragraph 103 of the Complaint contains legal conclusions not subject to admission or denial.

## XII.   COUNT V

104.   In response to paragraph 104 of the complaint, Experian admits that Plaintiff incorporates by reference the allegations set forth in the preceding paragraphs as though the same were set forth at length herein.

105.   In response to paragraph 105 of the complaint, Experian states that the FCRA speaks for itself.

106.   In response to paragraph 106 of the Complaint, to the extent the allegations therein relate to Experian, Experian denies, generally and specifically, each and every allegation contained in paragraph 106 of the Complaint.  To the extent the allegations in paragraph 106 relate to entities other than Experian, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every remaining allegation contained in paragraph 106 of the Complaint.

107.   In response to paragraph 107 of the Complaint, to the extent the allegations therein relate to Experian, Experian denies, generally and specifically, each and every allegation contained in paragraph 107 of the Complaint.  To the extent the allegations in paragraph 107 relate to entities other than Experian, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every remaining allegation contained in paragraph 107 of the Complaint.

108.   In response to paragraph 108 of the Complaint, to the extent the allegations therein relate to Experian, Experian denies, generally and specifically, each and every allegation contained in paragraph 108 of the Complaint.  To the extent the allegations in paragraph 108 relate to entities other than Experian, Experian is without knowledge or information sufficient to

form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every remaining allegation contained in paragraph 108 of the Complaint. Experian further denies that Plaintiff was a victim of inaccurate credit reporting and denies that inaccurate accounts and other information had been placed on Plaintiff's credit reports in error.

109.    In response to paragraph 109 of the Complaint, to the extent the allegations therein relate to Experian, Experian denies, generally and specifically, each and every allegation contained in paragraph 109 of the Complaint.  To the extent the allegations in paragraph 109 relate to entities other than Experian, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every remaining allegation contained in paragraph 109 of the Complaint. Experian further denies that Plaintiff was a victim of file mixing and inaccurate credit reporting. Experian further states that paragraph 109 of the Complaint contains legal conclusions not subject to admission or denial.

110.    In response to paragraph 110 of the Complaint, to the extent the allegations therein relate to Experian, Experian denies, generally and specifically, each and every allegation contained in paragraph 110 of the Complaint.  To the extent the allegations in paragraph 110 relate to entities other than Experian, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every remaining allegation contained in paragraph 110 of the Complaint.

## XIII.    COUNT VI

111.    In response to paragraph 111 of the complaint, Experian admits that Plaintiff incorporates by reference the allegations set forth in the preceding paragraphs as though the same were set forth at length herein.

112.    In response to paragraph 112 of the complaint, Experian states that the FCRA speaks for itself.

113.    In response to paragraph 113 of the Complaint, which does not relate to Experian, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained in paragraph 113 of the Complaint.

114.    In response to paragraph 114 of the Complaint, which does not relate to Experian, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained in paragraph 114 of the Complaint.

115.    In response to paragraph 115 of the Complaint, which does not relate to Experian, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained in paragraph 115 of the Complaint.

116.    In response to paragraph 116 of the Complaint, which does not relate to Experian, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained in paragraph 116 of the Complaint. Experian further states that paragraph 116 of the Complaint contains legal conclusions not subject to admission or denial.

28

117. In response to paragraph 117 of the Complaint, which does not relate to Experian, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained in paragraph 117 of the Complaint.

118. In response to paragraph 118 of the Complaint, which does not relate to Experian, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained in paragraph 118 of the Complaint.

## XIV.   COUNT VII

119. In response to paragraph 119 of the complaint, Experian admits that Plaintiff incorporates by reference the allegations set forth in the preceding paragraphs as though the same were set forth at length herein.

120. In response to paragraph 120 of the complaint, Experian states that the FCRA speaks for itself.

121. In response to paragraph 121 of the Complaint, to the extent the allegations therein relate to Experian, Experian denies, generally and specifically, each and every allegation contained in paragraph 121 of the Complaint.  To the extent the allegations in paragraph 121 relate to entities other than Experian, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every remaining allegation contained in paragraph 121 of the Complaint.

122. In response to paragraph 122 of the Complaint, to the extent the allegations therein relate to Experian, Experian denies, generally and specifically, each and every allegation contained in paragraph 122 of the Complaint.  To the extent the allegations in paragraph 122

29

relate to entities other than Experian, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every remaining allegation contained in paragraph 122 of the Complaint.

123.    In response to paragraph 123 of the Complaint, to the extent the allegations therein relate to Experian, Experian denies, generally and specifically, each and every allegation contained in paragraph 123 of the Complaint.  To the extent the allegations in paragraph 123 relate to entities other than Experian, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every remaining allegation contained in paragraph 123 of the Complaint.

124.    In response to paragraph 124 of the Complaint, to the extent the allegations therein relate to Experian, Experian denies, generally and specifically, each and every allegation contained in paragraph 124 of the Complaint.  To the extent the allegations in paragraph 124 relate to entities other than Experian, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every remaining allegation contained in paragraph 100 of the Complaint. Experian further states that paragraph 124 of the Complaint contains legal conclusions not subject to admission or denial.

125.    In response to paragraph 125 of the Complaint, to the extent the allegations therein relate to Experian, Experian denies, generally and specifically, each and every allegation contained in paragraph 125 of the Complaint.  To the extent the allegations in paragraph 125 relate to entities other than Experian, Experian is without knowledge or information sufficient to

form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every remaining allegation contained in paragraph 125 of the Complaint. Experian further denies that Plaintiff was the victim of file mixing and inaccurate credit reporting.

## XV.   COUNT VIII

126.   In response to paragraph 126 of the complaint, Experian admits that Plaintiff incorporates by reference the allegations set forth in the preceding paragraphs as though the same were set forth at length herein.

127.   In response to paragraph 127 of the complaint, Experian states that the FCRA speaks for itself.

128.   In response to paragraph 128 of the Complaint, which does not refer to Experian, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained in paragraph 128 of the Complaint.

129.   In response to paragraph 129 of the Complaint, which does not refer to Experian, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained in paragraph 129 of the Complaint.

130.   In response to paragraph 130 of the Complaint, which does not refer to Experian, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained in paragraph 130 of the Complaint.

131.   In response to paragraph 131 of the Complaint, which does not refer to Experian, Experian is without knowledge or information sufficient to form a belief as to the truth of the

allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained in paragraph 131 of the Complaint. Experian further states that paragraph 131 of the Complaint contains legal conclusions not subject to admission or denial.

132.    In response to paragraph 132 of the Complaint, which does not refer to Experian, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained in paragraph 132 of the Complaint.  Experian further states that paragraph 132 of the Complaint contains legal conclusions not subject to admission or denial.

133.    In response to paragraph 133 of the Complaint, which does not refer to Experian, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained in paragraph 133 of the Complaint.  Experian further denies that Plaintiff was the victim of file mixing and inaccurate credit reporting.

## XVI.    COUNT IX

134.    In response to paragraph 134 of the complaint, Experian admits that Plaintiff incorporates by reference the allegations set forth in the preceding paragraphs as though the same were set forth at length herein.

135.    In response to paragraph 135 of the complaint, Experian states that the FCRA speaks for itself.

136.    In response to paragraph 136 of the Complaint, to the extent the allegations therein relate to Experian, Experian denies, generally and specifically, each and every allegation contained in paragraph 136 of the Complaint.  To the extent the allegations in paragraph 136 relate to entities other than Experian, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies,

32

generally and specifically, each and every remaining allegation contained in paragraph 136 of the Complaint.

137.     In response to paragraph 137 of the Complaint, to the extent the allegations therein relate to Experian, Experian denies, generally and specifically, each and every allegation contained in paragraph 137 of the Complaint.  To the extent the allegations in paragraph 137 relate to entities other than Experian, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every remaining allegation contained in paragraph 137 of the Complaint.

138.     In response to paragraph 138 of the Complaint, to the extent the allegations therein relate to Experian, Experian denies, generally and specifically, each and every allegation contained in paragraph 138 of the Complaint.  To the extent the allegations in paragraph 138 relate to entities other than Experian, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every remaining allegation contained in paragraph 138 of the Complaint.

139.     In response to paragraph 139 of the Complaint, to the extent the allegations therein relate to Experian, Experian denies, generally and specifically, each and every allegation contained in paragraph 139 of the Complaint.  To the extent the allegations in paragraph 139 relate to entities other than Experian, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every remaining allegation contained in paragraph 139 of the Complaint.

140.    In response to paragraph 140 of the Complaint, which does not refer to Experian, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained in paragraph 140 of the Complaint.

141.    In response to paragraph 141 of the Complaint, to the extent the allegations therein relate to Experian, Experian denies, generally and specifically, each and every allegation contained in paragraph 141 of the Complaint.  To the extent the allegations in paragraph 141 relate to entities other than Experian, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every remaining allegation contained in paragraph 141 of the Complaint. Experian further states that paragraph 141 of the Complaint contains legal conclusions not subject to admission or denial.

## XVII.  RESPONSE TO PRAYER FOR RELIEF

Experian denies, generally and specifically, that Plaintiff is entitled to the relief sought, including all subparts. Experian admits that Plaintiff has demanded trial by jury on all issues triable.

## AFFIRMATIVE DEFENSES

In further response to Plaintiff's Complaint, Experian hereby asserts the following affirmative defenses, without conceding that it bears the burden of persuasion as to any of them.

## I.    FIRST AFFIRMATIVE DEFENSE

The Complaint fails to set forth facts sufficient to state a claim upon which relief may be granted against Experian and further fails to state facts sufficient to entitle Plaintiff to the relief sought, or to any other relief whatsoever from Experian.

34

## II.    SECOND AFFIRMATIVE DEFENSE

Experian is informed and believes and thereon alleges that all claims for relief or specific claims in the Complaint herein are barred by the applicable statutes of limitation and repose, including but not limited to 15 U.S.C. § 1681p.

## III.    THIRD AFFIRMATIVE DEFENSE

All claims against Experian are barred because all information Experian communicated to any third person regarding Plaintiff was true.

## IV.    FOURTH AFFIRMATIVE DEFENSE

Plaintiff has failed to mitigate his damages.

## V.    FIFTH AFFIRMATIVE DEFENSE

Any purported damages allegedly suffered by Plaintiff are the results of the acts or omissions of third persons over whom Experian had neither control nor responsibility.

## VI.    SIXTH AFFIRMATIVE DEFENSE

Experian is informed and believes and thereon alleges that any alleged damages sustained by Plaintiff were, at least in part, caused by the actions of Plaintiff himself and/or third parties and resulted from Plaintiff's or third parties' own negligence which equaled or exceeded any alleged negligence or wrongdoing by Experian.

## VII.    SEVENTH AFFIRMATIVE DEFENSE

Any damages which Plaintiff may have suffered, which Experian continues to deny, were the direct and proximate result of the conduct of Plaintiff.  Therefore, Plaintiff is estopped and barred from recovery of any damages.

## VIII.    EIGHTH AFFIRMATIVE DEFENSE

The Complaint and each claim for relief therein that seeks equitable relief are barred by the doctrine of unclean hands.

35

**IX.    NINTH AFFIRMATIVE DEFENSE**

Experian alleges on information and belief that Plaintiff's claims may be the subject of an arbitration agreement between Plaintiff and Experian.

**X.    TENTH AFFIRMATIVE DEFENSE**

At all relevant times, Experian has complied with all applicable laws, regulations, and standards.

**XI.    ELEVENTH AFFIRMATIVE DEFENSE**

All claims against Experian barred by the qualified immunity of 15 U.S.C. § 1681h(e) should be dismissed.

**XII.    TWELFTH AFFIRMATIVE DEFENSE**

The Complaint and each claim for relief therein are barred by laches.

**XIII.    THIRTEENTH AFFIRMATIVE DEFENSE**

Experian hereby gives notice that it intends to rely on any additional affirmative defenses that become available or apparent through discovery and/or the factual development in this case or otherwise, and thus reserves the right to amend its answer to assert such additional defenses.

**PRAYER FOR RELIEF**

WHEREFORE, Defendant Experian Information Solutions, Inc. prays as follows:

(1)    That Plaintiff take nothing by virtue of the Complaint herein and that this action be dismissed in its entirety;

(2)    For costs of suit and attorneys' fees herein incurred; and

(3)    For such other and further relief as the Court may deem just and proper.

36

Respectfully submitted,

EXPERIAN INFORMATION
SOLUTIONS, INC.

By its attorney,

Dated: February 18, 2026

*/s/ Seth W. Brewster*
Seth W. Brewster

JENSEN BAIRD
P.O. Box 4150
Portland, ME 04112-4150
sbrewster@jensenbaird.com

Connor G. Scholes, *Pro Hac Vice*
JONES DAY
100 High Street, 21st Floor
Boston, Massachusetts 02110-1781
Phone: 617.449.6834
Fax: 617.449.6999
Email: cscholes@jonesday.com

*Counsel for Defendant*
*Experian Information Solutions, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that, on February 18, 2026, I electronically filed the above document with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all attorneys of record.

Dated: February 18, 2026                                    */s/ Seth W. Brewster*
                                                            Seth W. Brewster