## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MAINE
## PORTLAND DIVISION

| | |
|---|---|
| NICOLE L. MCGINLEY, | |
| Plaintiff, | |
| v. | Case No: 2:25-cv-00481-LEW-JCN |
| EXPERIAN INFORMATION SOLUTIONS INC., TRANS UNION, LLC, EQUIFAX INFORMATION SERVICES, LLC, LEXISNEXIS RISK SOLUTIONS, and NATIONSTAR MORTGAGE, LLC, | |
| Defendants. | |

### JOINT MOTION TO VACATE COURT'S SCHEDULING ORDER WITH INCORPORATED RULE 26(f) ORDER

Pursuant to the Court's February 19, 2026 Scheduling Order with incorporated Rule 26(f) Order [ECF No. 50] ("Scheduling Order"), Defendants LexisNexis Risk Solutions Inc. ("LexisNexis Risk"), Trans Union, LLC, and Equifax Information Services, LLC (together, "Defendants")[1] and Plaintiff Nicole McGinley ("Plaintiff") (together with Defendants, the "Parties") hereby file their joint motion to vacate the Scheduling Order in the above-captioned matter, and state as follows:

The Parties agree that good cause exists to assign this case to the Complex Track per Local Rule 16.1(b)(2) because it "require[s] special attention" given the number of parties, exceptionally

---

[1] LexisNexis Risk obtained consent to file the present motion from Trans Union, LLC, Equifax Information Services, LLC, and Plaintiff. LexisNexis Risk does not currently know the position of Defendants Experian Information Solutions, Inc. and Nationstar Mortgage LLC.

complex factual issues requiring extended discovery, and the difficulties of scheduling depositions of witnesses who reside in different areas of the country.  This lawsuit is brought pursuant to the federal Fair Credit Reporting Act ("FCRA"), 15 U.S.C. § 1681 et seq.  Plaintiff has alleged that Defendants mixed and reported data regarding Plaintiff's twin sister on her consumer reports for decades.  Adding to the complexity of this matter, the same Plaintiff's counsel filed a lawsuit against a subset of the Defendants on behalf of Plaintiff's twin sister regarding the same events. *See Nicolette L. McGinley v. Trans Union, LLC et al.*, Case No. 2:25-cv-00363-LEW (D. Me. 2025).

This Court has ordered a conference with the parties to discuss scheduling issues in both the instant case and *Nicolette L. McGinley*. *See* Order Granting in Part Motion to Amend Scheduling Order, *Nicolette L. McGinley v. Trans Union, LLC et al.*, Case No. 2:25-cv-00363-LEW (ECF 47) (D. Me. Feb. 26, 2026). Accordingly, the Parties respectfully request the Court vacate the Scheduling Order and set discussion of track assignment and scheduling issues for the forthcoming conference.

Respectfully submitted this 2nd day of March, 2026.

/s/ *Jeffrey D. Russell*

Jeffrey D. Russell, Maine Bar No. 4506
VERRILL DANA, LLP
One Portland Square
Portland, ME 04101
P: 207-253-4626
jrussell@verrill-law.com

Grace Assaye, admitted *pro hac vice*
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, GA 30309
Tel: (404) 881-7432
Grace.Assaye@alston.com

*Attorneys for Defendant LexisNexis Risk Solutions Inc.*

*Cassidy R. Hendrickson*

Cassidy R. Hendrickson, Esq. (IN #37712-41)
(admitted *Pro Hac Vice*)
Quilling, Selander, Lownds, Winslett & Moser, P.C.
10333 North Meridian Street, Suite 200
Indianapolis, IN 46290
Telephone: (317) 497-5600, Ext. 604
E-Mail: Cassidy.hendrickson@qslwm.com

Micah A. Smart, Esq. (005771)
Murray Plumb & Murray
75 Pearl Street P.O. Box 9785
Portland, ME 04104-5085
Telephone: (207) 699-0052
Fax: (207) 773-8023
E-Mail: msmart@mpmlaw.com

*Counsel for Defendant Trans Union LLC*

3

*Hillary J. Massey*

Hillary J. Massey, Bar No. 004449
hmassey@seyfarth.com
SEYFARTH SHAW LLP
Seaport East Two Seaport Lane, Suite 1200
Boston, Massachusetts 02210-2028
Telephone: (617) 946-4800
Facsimile: (617) 946-4801

Paige Vacante, admitted *Pro Hac Vice*
pvacante@seyfarth.com
SEYFARTH SHAW LLP
233 South Wacker Drive Suite 8000
Chicago, Illinois 60606-6448
Telephone: (312) 460-5000
Facsimile: (312) 460-7000

*Counsel for Defendant Equifax Information Services LLC*

*/s/Kyle Kaufman*
Kyle Kaufman, *Pro Hac Vice*
ATTORNEY FOR PLAINTIFF
Louisiana Bar Roll No. 39232
Raburn Kaufman, LLC
8570 Anselmo Lane
Baton Rouge, Louisiana 70810
kkaufman@raburnkaufman.com
Telephone: 225-412-2777

*/s/Jonathan Raburn*
Jonathan Raburn
ATTORNEY FOR PLAINTIFF
Louisiana Bar Roll No. 28728
Raburn Kaufman, LLC
8570 Anselmo Lane
Baton Rouge, Louisiana 70810
jraburn@raburnkaufman.com
Telephone: 225-412-2777

4

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that on March 2, 2026, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system which will automatically send an email notification of such filing to all attorneys of record.

/s/      *Jeffrey D. Russell*

Jeffrey D. Russell, Maine Bar No. 4506
**VERRILL DANA, LLP**
One Portland Square
Portland, ME 04101
P: 207-253-4626
jrussell@verrill-law.com

*Attorney for Defendant LexisNexis Risk Solutions Inc.*

5