## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MAINE
## PORTLAND DIVISION

| | |
|---|---|
| NICOLE L. MCGINLEY, | |
| Plaintiff, | |
| v. | Case No. 2:25-cv-00481-LEW |
| EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION, LLC, EQUIFAX INFORMATION SERVICES, LLC, LEXISNEXIS RISK SOLUTIONS, and NATIONSTAR MORTGAGE, LLC, | |
| Defendants. | |
| NICOLETTE M. MCGINLEY, | |
| Plaintiff, | |
| vs. | Case No: 2:25-cv-00363-LEW-JCN |
| TRANS UNION, LLC, EQUIFAX INFORMATION SERVICES, LLC, LEXISNEXIS RISK SOLUTIONS, and NATIONSTAR MORTGAGE, LLC, | |
| Defendants. | |

### EQUIFAX INFORMATION SERVICES LLC'S UNOPPOSED MOTION TO EXCUSE LOCAL COUNSEL FROM ATTENDING CONFERENCE

Defendant Equifax Information Services LLC ("Equifax") requests that the Court excuse Defendant's Local Counsel Attorney Hillary Massey of Seyfarth Shaw from attending the scheduling conference set for April 7, and any related events. In support, Equifax states as follows:

1.      A scheduling conference is set for April 7, 2026 in the above-referenced matters.

2.      Attorney Paige Vacante is Lead Counsel for Equifax in both cases and is admitted pro hac vice.

Block DocID

2

3.      Attorney Vacante has been actively litigating this matter and will be attending the scheduling conference.  Attorney Vacante is prepared to address all issues at the conference.

4.      Pursuant to Local Rule 83.1(c)(1)(B), local counsel must accompany attorneys admitted pro hac vice in all appearances before this Court.

5.      Hillary Massey has a trial scheduled in the U.S. District Court for the District of Massachusetts starting April 6, 2026 and continuing for up to 5 weeks. Thus, Attorney Massey is not available on any of the dates proposed by the Court's Judicial Assistant for the conference.

6.      Equifax asks the Court to excuse Local Counsel Hillary Massey from attending the April 7 scheduling conference.

7.      All parties do not oppose this Motion.

WHEREFORE, Equifax respectfully requests that Court excuse Attorney Massey from attendance at the scheduling conference and for any other relief that the Court deems just and proper.

Block DocID

Dated: March 9, 2026

Respectfully submitted,

SEYFARTH SHAW LLP


By:   */s/ Hillary Massey*
    Paige Vacante, *Admitted Pro Hac Vice*
    pvacante@seyfarth.com
    SEYFARTH SHAW LLP
    233 South Wacker Drive
    Suite 8000
    Chicago, Illinois  60606-6448
    Telephone:  (312) 460-5000
    Facsimile:  (312) 460-7000

    Hillary J. Massey, Bar No. 004449
    hmassey@seyfarth.com
    SEYFARTH SHAW LLP
    Seaport East
    Two Seaport Lane, Suite 1200
    Boston, Massachusetts  02210-2028
    Telephone:  (617) 946-4800
    Facsimile:  (617) 946-4801

    *Counsel for Defendant*
    *Equifax Information Services LLC*

3

## CERTIFICATE OF SERVICE

I hereby certify that on March 9, 2026, I presented the foregoing motion with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

_/s/ Hillary Massey_
Hillary Massey
_Counsel for Defendant_
_Equifax Information Services LLC_

Block DocID