**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE (PORTLAND)**

---

NICOLE L. MCGINLEY,                                           CASE NO. 2:25-cv-00481-LEW
       Plaintiff,

   vs.

EXPERIAN INFORMATION
SOLUTIONS, INC.; TRANS
UNION, LLC; EQUIFAX
INFORMATION SERVICES, LLC;
LEXISNEXIS RISK SOLUTIONS; and
NATIONSTAR MORTGAGE, LLC;
       Defendants.

---

**TRANS UNION LLC'S UNOPPOSED MOTION TO EXCUSE LOCAL**
**COUNSEL FROM ATTENDING SCHEDULING CONFERENCE**

---

Defendant Trans Union LLC ("Trans Union"), by counsel, requests that the Court excuse Trans Union's local counsel Attorney Micah A. Smart of Murray Plumb & Murray from attending the Scheduling Conference set for April 7, 2026 in the above-referenced matter. In support of this Motion, Trans Union states as follows:

1.     A Scheduling Conference is set for April 7, 2026 at 11:00 a.m.

2.     Attorney Cassidy Hendrickson is Lead Counsel for Trans Union and is admitted pro hac vice.

3.     Attorney Hendrickson has been actively litigating this matter and will be attending the Scheduling Conference. Attorney Hendrickson is prepared to address all issues at the conference.

4.     Pursuant to Local Rule 83.1(c)(1)(B), local counsel must accompany attorneys admitted pro hac vice in all appearances before this Court.

5.      Trans Union asks the Court to excuse Local Counsel Micah A. Smart from attending the Scheduling Conference on April 7, 2026.

6.      All parties do not oppose this Motion.

WHEREFORE, Defendant Trans Union LLC, by counsel, respectfully requests that Local Counsel Micah A. Smart be excused from attending the Scheduling Conference on April 7, 2026, and for all other relief that the Courts deems just and proper.

Respectfully submitted,


*/s/ Cassidy R. Hendrickson*
Cassidy R. Hendrickson, Esq. (IN #37712-41)
  (admitted *Pro Hac Vice*)
Quilling, Selander, Lownds, Winslett & Moser, P.C.
10333 North Meridian Street, Suite 200
Indianapolis, IN  46290
Telephone:  (317) 497-5600, Ext. 604
E-Mail:  Cassidy.hendrickson@qslwm.com

*Counsel for Defendant Trans Union LLC*


Micah A. Smart, Esq.  (005771)
Murray Plumb & Murray
75 Pearl Street
P.O. Box 9785
Portland, ME  04104-5085
Telephone:  (207) 699-0052
Fax:  (207) 773-8023
E-Mail:  msmart@mpmlaw.com

*Local Counsel for Defendant Trans Union LLC*

<u>**CERTIFICATE OF SERVICE**</u>

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the **17th day of March, 2026**.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's electronic filing.

| | |
|---|---|
| Jonathan T. Sahrbeck, Esq. <br> jonathansahrbeck@sahrbeckpc.com | Jonathan Raburn, Esq. <br> jraburn@raburnkaufman.com |
| Kyle Kaufman, Esq. <br> kkaufman@raburnkaufman.com | Connor G. Scholes, Esq. <br> csholes@jonesday.com |
| Seth W. Brewster, Esq. <br> sbrewster@jensenbaird.com | Jeffrey D. Russell, Esq. <br> jrussell@verrill-law.com |
| Daniel L. Cummings, Esq. <br> dcummings@nhdlaw.com | Hillary J. Massey, Esq. <br> hmassey@seyfarth.com |
| Paige Vacante, Esq. <br> pvacante@seyfarth.com | Grace Assaye, Esq. <br> Grace.assaye@alston.com |

The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, on the **17th day of March, 2026**, properly addressed as follows:

| | |
|---|---|
| None. | |

*/s/ Cassidy R. Hendrickson*

Cassidy R. Hendrickson, Esq. (IN #37712-41)
 (admitted *Pro Hac Vice*)
Quilling, Selander, Lownds, Winslett & Moser, P.C.
10333 North Meridian Street, Suite 200
Indianapolis, IN  46290
Telephone:  (317) 497-5600, Ext. 604
E-Mail:  Cassidy.hendrickson@qslwm.com

*Counsel for Defendant Trans Union LLC*