**IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MAINE**

NICOLE MCGINLEY

                 Plaintiff,                                 CASE NO. 2:25-cv-00481

v.

EXPERIAN INFORMATION
SOLUTIONS, INC., et al.

                 Defendants

## JOINT MOTION TO AMEND SCHEDULING ORDER

Pursuant to the Court's April 7, 2026 videoconference, counsel for Plaintiff, Nicole McGinley (hereinafter "Plaintiff"), and Defendants Experian Information Solutions, Inc., ("Experian"), Trans Union, LLC ("Trans Union"), Equifax Information Services, LLC, ("Equifax"),  LexisNexis Risk Solutions, ("LexisNexis"), and Nationstar Mortgage, LLC ("Nationstar")[1] hereby come before this Honorable Court to file this Joint Proposed Scheduling Order.

Track Assignment: The Parties propose this case be assigned to the Complex Track. Discovery is limited to not more than 30 interrogatories per opposing side (subparts not permitted); 30 requests for admission per opposing side; 2 sets of requests for production per opposing side; and 5 depositions per side.

Subject Matter Jurisdiction:  Federal Question.

Jury Trial:  Demanded.

---

[1] Effective February 2, 2026 Rocket Mortgage LLC is successor by merger to Nationstar Mortgage LLC.

Deadline for Conference of Parties Pursuant to Fed.R.Civ.P.26(f):   June 1, 2026. Inadvertent disclosure of privileged or trial preparation material shall be governed by the principles of Federal Rule of Evidence 502, Rule 4.4B of the Maine Rules of Professional Conduct, and Local Rule 83.3(e).

Deadline for Initial Disclosure Pursuant to Fed.R.Civ.P.26(a)(1):  July 15, 2026.

Deadline for Amendment of the Pleadings and Joinder of Parties:  July 20, 2026.

Plaintiff shall designate experts required to be disclosed by Fed.R.Civ.P. 26(a)(2)(A) (including treating physicians and other non-retained or specially employed experts) and, with respect to each of them, provide a complete statement of all opinions to be expressed and the basis and reasons therefore by:  October 26, 2026.

Defendants shall designate experts required to be disclosed by Fed.R.Civ.P. 26(a)(2)(A) (including treating physicians and other non-retained or specially employed experts) and, with respect to each of them, provide a complete statement of all opinions to be expressed and the basis and reasons therefore by:  November 25, 2026.

If the expert is retained or specially employed to provide expert testimony in the case or the expert's duties as an employee of a party regularly involve giving expert testimony, the disclosure shall also include the other categories of information specified in Fed.R.Civ.P. 26(a)(2)(B).  All required information may, but need not, be provided in the form of a written report prepared and signed by the expert.

Deadline to Complete Discovery:  February 26, 2027.

Counsel are advised that absent some excusable circumstance, discovery initiatives must be undertaken so that the response of the opposing party is filed prior to the discovery deadline.

Deadline to file Notice of Intent to file Motion for Summary Judgment and Need for a Pre-Filing Conference Pursuant to Local Rule 56(h):  April 2, 2027.

Deadline for Filing of All Dispositive Motions and All Daubert and Kumho Motions Challenging Expert Witnesses with Supporting Memoranda:  May 24, 2027.

Expected Trial Date:  This case shall be ready for trial by July 15, 2027.

Further Matters in Aid of Disposition:  The Plaintiff shall make a written settlement demand upon the defendants by June 18, 2026.  The Defendants shall respond in writing by July 2, 2026.

Consent to the Magistrate Judge:  The parties may consent to allow the Magistrate Judge to conduct all proceedings, to enter final orders and judgment, and to conduct any jury or non-jury trial as required in this case.  The Magistrate Judges typically schedule the civil cases to which they are assigned for a specific trial date.  If the parties consent to Magistrate Judge John C. Nivison conducting all proceedings, the parties shall complete and file the consent form attached hereto, which form can also be found on the Courts website at Forms | District of Maine | United States District Court (uscourts.gov).

WHEREFORE, the undersigned counsel respectfully requests that this Court enter this Joint Proposed Scheduling Order for purposes of this cause only.


Dated: April 24, 2026

Respectfully submitted,

*/s/Kyle Kaufman*
Kyle Kaufman
ATTORNEY FOR PLAINTIFF
Louisiana Bar Roll No. 39232
Raburn Kaufman, LLC
8570 Anselmo Lane
Baton Rouge, Louisiana 70810
kkaufman@raburnkaufman.com

Telephone: 225-412-2777

And;

*/s/Jonathan Raburn*
Jonathan Raburn
ATTORNEY FOR PLAINTIFF
Louisiana Bar Roll No. 28728
Raburn Kaufman, LLC
8570 Anselmo Lane
Baton Rouge, Louisiana 70810
jraburn@raburnkaufman.com
Phone 225-412-2777

And;

*/s/ Cassidy R. Hendrickson*
Cassidy R. Hendrickson, Esq. (IN #37712-41)
 (admitted *Pro Hac Vice*)
Quilling, Selander, Lownds, Winslett & Moser, P.C.
10333 North Meridian Street, Suite 200
Indianapolis, IN  46290
Telephone:  (317) 497-5600, Ext. 604
E-Mail:  Cassidy.hendrickson@qslwm.com
*Counsel for Defendant Trans Union LLC*

*/s/ Micah A. Smart*
Micah A. Smart, Esq.  (005771)
Murray Plumb & Murray
75 Pearl Street
P.O. Box 9785
Portland, ME  04104-5085
Telephone:  (207) 699-0052
Fax:  (207) 773-8023
E-Mail:  msmart@mpmlaw.com
*Counsel for Defendant Trans Union LLC*

And;

*/s/ Paige Vacante*
Paige Vacante, *Admitted Pro Hac Vice*
pvacante@seyfarth.com
SEYFARTH SHAW LLP

233 South Wacker Drive
Suite 8000
Chicago, Illinois  60606-6448
Telephone:  (312) 460-5000
Facsimile:  (312) 460-7000

Hillary J. Massey, Bar No. 004449
hmassey@seyfarth.com
SEYFARTH SHAW LLP
Seaport East
Two Seaport Lane, Suite 1200
Boston, Massachusetts  02210-2028
Telephone:  (617) 946-4800
Facsimile:  (617) 946-4801

*Counsel for Defendant*
*Equifax Information Services LLC*


And;


/s/ Daniel L. Cummings

Daniel L. Cummings
Norman, Hanson & DeTroy, LLC
P.O. Box 4600
Portland, ME  04112-4600
dcummings@nhdlaw.com
(207) 553-4655
Counsel for Defendant Rocket Mortgage, LLC s/b/m Nationstar Mortgage LLC

And;

*/s/ Jeffrey D. Russell*
Jeffrey D. Russell, Maine Bar No. 4506
VERRILL DANA, LLP
One Portland Square
Portland, ME 04101
P: 207-253-4626
jrussell@verrill-law.com

Grace Assaye, admitted pro hac vice
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, GA 30309

Tel: (404) 881-7432
grace.assaye@alston.com

*Attorneys for Defendant LexisNexis Risk
Solutions Inc.*

And;

*/s/ Connor G. Scholes*
Connor G. Scholes, *Pro Hac Vice*

JONES DAY
100 High Street, 21st Floor
Boston, Massachusetts 02110-1781
Phone: 617.449.6834
Fax: 617.449.6999
Email: cscholes@jonesday.com

Seth W. Brewster
JENSEN BAIRD
P.O. Box 4150
Portland, ME 04112-4150
sbrewster@jensenbaird.com

*Counsel for Defendant
Experian Information Solutions, Inc.*