**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | | |
|---|---|---|
| NICOLE L. MCGINLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No. 2:25-cv-00481-LEW |
| EXPERIAN INFORMATION SOLUTIONS, | ) | |
| INC., TRANS UNION, LLC, EQUIFAX | ) | |
| INFORMATION SERVICES, LLC., | ) | |
| LEXISNEXIS RISK SOLUTIONS, and | ) | |
| NATIONSTAR MORTGAGE, LLC, | ) | |
| | ) | |
| Defendants. | | |

### NOTICE OF APPEARANCE

The Clerk will please enter my appearance on behalf of Defendant Trans Union, LLC in

the above-captioned action.

TRANS UNION, LLC

By its attorney,

Dated:  June 3, 2026

/s/ Alfred J.F. Morrow, III
Alfred J.F. Morrow, III
Attorney for Defendant
Trans Union, LLC

JENSEN BAIRD
10 Free Street
P.O. Box 4150
Portland, ME 04112-4150
(207) 775-7271
amorrow@jensenbaird.com

1

**CERTIFICATE OF SERVICE**

I hereby certify that on June 3, 2026, I electronically filed the foregoing document using the CM/ECF system, which will send notification of such filing to the parties registered with the CM/ECF system.


Dated:  June 3, 2026                                    /s/ Alfred J.F. Morrow, III
                                                        Alfred J.F. Morrow, III