**IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MAINE**

NICOLE MCGINLEY

                      Plaintiff,                    CASE NO. 2:25-cv-00481

 v.

EXPERIAN INFORMATION
SOLUTIONS, INC., et al.

                      Defendants

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AS TO EXPERIAN INFORMATION SOLUTIONS, INC

    **NOW COMES** Plaintiff, Nicole McGinley ("Plaintiff"), and Experian Information Solutions, Inc., ("Experian"), by and through their undersigned counsel, and hereby jointly request that this Court dismiss, with prejudice, each claim and count therein asserted by Plaintiff against Experian in the above- styled action, with Plaintiff and Experian to bear their own fees, costs and expenses.

    This Joint Stipulation does not impact Plaintiff's claims against any other defendant.

Respectfully submitted June 3rd, 2026.

/s/Jonathan Raburn
Jonathan Raburn
ATTORNEY FOR PLAINTIFF
Louisiana Bar Roll No. 28728
Raburn Kaufman, LLC
6108 Siegen Lane, Suite B
Baton Rouge, Louisiana 70809
jraburn@raburnkaufman.com
Telephone: 225-412-2777

/s/ Connor G. Scholes
Connor G. Scholes
JONES DAY
ATTORNEY FOR DEFENDANT
680 Atlantic Avenue, Suite 2400
Boston, MA 02110-3439
cscholes@jonesday.com
Office: 617.449.6834

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on the 3rd of June 2026, I electronically filed the foregoing

with the Clerk of Court using CM/ECF, which will serve a copy of the aforesaid via Notice of

Electronic Filing upon all parties of record.

*/s/Jonathan Raburn*
Jonathan Raburn
ATTORNEY FOR PLAINTIFF