**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | | |
|---|---|---|
| NICOLE L. MCGINLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:25-cv-00481-LEW |
| | ) | |
| EXPERIAN INFORMATION | ) | |
| SOLUTIONS, INC., TRANS UNION LLC, | ) | |
| EQUIFAX INFORMATION SERVICES | ) | |
| LLC, LEXISNEXIS RISK SOLUTIONS, | ) | |
| and NATIONSTAR MORTGAGE, LLC, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local District Court Rule 83.2(c), the undersigned hereby moves to withdraw as counsel for Defendant, Trans Union LLC ("Trans Union"), and states as follows:

1.      On or around September 19, 2025, Plaintiff filed a Complaint in the above-captioned matter.

2.      On or around June 3, 2026, Attorney Alfred J.F. Morrow, III, entered his appearance on behalf of Trans Union.

3.      The undersigned has left private practice and can no longer represent Trans Union in this matter.

4.      Trans Union wishes to be represented solely by Attorney Morrow in this matter.

5.      As such, the undersigned seeks leave of Court to withdraw from this matter

6.      No party will be prejudiced by the requested relief.

WHEREFORE, Micah A. Smart, Esq. respectfully requests that the foregoing motion be granted to permit withdrawal of the undersigned as counsel of record for Trans Union LLC in this matter.

DATED at Saco, Maine, this 4th day of June, 2026.

TRANS UNION LLC,

/s/ Micah A. Smart
Micah A. Smart, Esq., Bar No. 5771
Saco & Biddeford Savings Institution
50 Industrial Park Rd
Saco, ME 04072
(207) 602-7312
msmart@sbsavings.bank

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 4, 2026, I electronically filed the foregoing document using the CM/ECF system, which will send notification of such filing to the parties registered with the CM/ECF system.

Dated at Saco, Maine this 4th day of June, 2026.

<u>/s/ Micah A. Smart</u>
Micah A. Smart, Esq.
Saco & Biddeford Savings Institution
50 Industrial Park Rd
Saco, ME 04072
(207) 602-7312
msmart@sbsavings.bank