**IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MAINE**

NICOLE MCGINLEY

               Plaintiff,

v.

EXPERIAN INFORMATION
SOLUTIONS, INC., et al.

               Defendants

CASE NO. 2:25-cv-00481

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AS TO NATIONSTAR MORTGAGE LLC

**NOW COMES** Plaintiff, Nicole McGinley ("Plaintiff"), and Nationstar Mortgage LLC ("Nationstar")[1], by and through their undersigned counsel, and hereby jointly request that this Court dismiss, with prejudice, each claim and count therein asserted by Plaintiff against Nationstar in the above- styled action, with Plaintiff and Nationstar to bear their own fees, costs and expenses.

This Joint Stipulation does not impact Plaintiff's claims against any other defendant.

Respectfully submitted June 5, 2026.

| | |
|---|---|
| */s/Jonathan Raburn* | */s/ Daniel L. Cummings* |
| Jonathan Raburn | Daniel L. Cummings |
| ATTORNEY FOR PLAINTIFF | ATTORNEY FOR NATIONSTAR |
| Louisiana Bar Roll No. 28728 | Norman, Hanson & DeTroy, LLC |
| Raburn Kaufman, LLC | 220 Middle Street |
| 8570 Anselmo Lane | P.O. Box 4600 |
| Baton Rouge, Louisiana 70810 | Portland, ME 04112-4600 |
| jraburn@raburnkaufman.com | (207) 774-7000 |
| Telephone: 225-412-2777 | dcummings@nhdlaw.com |

---

[1] Nationstar Mortgage LLC is now known as Rocket Mortgage, LLC s/b/m to Nationstar Mortgage LLC effective February 2, 2026.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 5th of June 2026, I electronically filed the foregoing

with the Clerk of Court using CM/ECF, which will serve a copy of the aforesaid via Notice of

Electronic Filing upon all parties of record.

*/s/Jonathan Raburn*
Jonathan Raburn
ATTORNEY FOR PLAINTIFF